# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 09 C 2026 | **DATE** | 8/20/2009 |
| **CASE TITLE** | Safeco Ins., et al    vs    American International Group, Inc., et al | | |

**DOCKET ENTRY TEXT:**

Plaintiffs' unopposed motion [35] for relief from the stay to allow substitution of counsel is granted. James Rubin, James Morsch, Amy Kelley, Jason Dubner and Mark Schwartz are given leave to withdraw. Gary Elden, Gary Miller, Matthew Sitzer, Daniel Hinkle, Tawfiq Ali, Colin Seals, Michael Walsh and Allison Burroughs are given leave to file appearances.
Plaintiffs' motion [37] for relief from the stay to permit access to AIG discovery from related NCCI action is granted and all discovery orders issued by Judge Schenkier in 07 C 2898 apply to this case. Status hearing is set for 9/4/2009, at 9:30 a.m.

[Docketing to mail notice]

00:25