**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3**
**Eastern Division**

Safeco Insurance Company of America, et al.

                                    Plaintiff,

v.                                              Case No.: 1:09−cv−02026
                                              Honorable Robert W. Gettleman

American International Group, Inc., et al.

                                  Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Monday, June 28, 2010:

      MINUTE entry before Honorable Sidney I. Schenkier:Status hearing held. The matter is set for status hearing before the magistrate judge on 8/12/2010 at 9:30 a.m. (For further details see order)Mailed notice(wyh, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.