Safeco Insurance Company of America, et al.

                                              Plaintiff,

v.                                                 Case No.: 1:09−cv−02026
                                                     Honorable Robert W. Gettleman

American International Group, Inc., et al.

                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 2, 2010:

      MINUTE entry before Honorable Robert W. Gettleman: The date of presentment of plaintiffs' motion [263] to refer motion for class certification to Magistrate Judge is re−set from 11/4/2010 to 11/5/2010, at 2:30 p.m. Mailed notice (gds, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.