# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | Sidney I. Schenkier |
|---|---|---|---|
| **CASE NUMBER** | 07 C 2898 and 09 C 2026 | **DATE** | 11/15/2010 |
| **CASE TITLE** | National Council on Compensation Insurance, Inc. vs. American International Group, Inc. et al. and <br> Safeco Insurance Company of America et al vs. American International Group, Inc. et al | | |

**DOCKET ENTRY TEXT**

Pursuant to paragraph 4 of the Court's 11/05/10 Order (07 C 2898: doc. # 772; 09 C 2026: doc. # 273), an agreement has been reached on a revised schedule for statistical sampling of Hartford, Travelers, Ace and Sentry files. The agreement is satisfactory to the Court. Accordingly, we enter the revised scheduling order on AIG's statistical sampling of the Hartford, Travelers, Ace and Sentry. ENTER ORDER (attached).

■ [ For further detail see separate order(s).]

Notices mailed by Judicial staff.
*Copy to judge/magistrate judge.

| | Courtroom Deputy Initials: | JJ |
|---|---|---|