Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | Sidney I. Schenkier |
|---|---|---|---|
| **CASE NUMBER** | 07 C 2898 and 09 C 2026 | **DATE** | 11/15/2010 |
| **CASE TITLE** | National Council on Compensation Insurance, Inc. vs. American International Group, Inc. et al. and  Safeco Insurance Company of America et al vs. American International Group, Inc. et al | | |

**DOCKET ENTRY TEXT**

Liberty and AIG report that they have reached agreement on a schedule for AIG's production of documents required by paragraph 3 of the Court's 11/05/10 Order (07 C 2898: doc. # 772; 09 C 2026: doc. # 273). That schedule is acceptable to the Court. Accordingly, AIG shall produce the documents required by paragraph 3 of the 11/05/10 order by 01/10/11.

Notices mailed by Judicial staff.
*Copy to judge/magistrate judge.

| | Courtroom Deputy Initials: | JJ |
|---|---|---|