# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | Sidney I. Schenkier |
|---|---|---|---|
| **CASE NUMBER** | 07 C 2898 and 09 C 2026 | **DATE** | 11/15/2010 |
| **CASE TITLE** | National Council on Compensation Insurance, Inc. vs. American International Group, Inc. et al. and  Safeco Insurance Company of America et al vs. American International Group, Inc. et al | | |

**DOCKET ENTRY TEXT**

Pursuant to paragraph 4 of the Court's 11/05/10 Order (07 C 2898: doc. # 772; 09 C 2026: doc. # 273), Liberty and AIG have proposed a scheduling order for statistical sampling of the Liberty files. That proposal is acceptable to the Court. Accordingly, we enter the scheduling order on AIG's statistical sampling of Liberty. ENTER ORDER (attached).

■ [ For further detail see separate order(s).]

Notices mailed by Judicial staff.
*Copy to judge/magistrate judge.

| | Courtroom Deputy Initials: | JJ |
|---|---|---|