Order Form (01/2005)

# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Robert W. Gettleman | **Sitting Judge if Other than Assigned Judge** | Sidney I. Schenkier |
|---|---|---|---|
| **CASE NUMBER** | 07 C 2898 and 09 C 2026 | **DATE** | 12/2/2010 |
| **CASE TITLE** | National Council on Compensation Insurance, Inc. v. American International Group, Inc. et al **and** Safeco Insurance Company of America et al v. American International Group, Inc. et al | | |

**DOCKET ENTRY TEXT**

Liberty Mutual's agreed emergency motion to withdraw and substitute its unredacted response and plaintiffs' unredacted reply in connection with plaintiffs' motion for ruling on Liberty's confidentiality designations (07 C 2898: doc. # 787) is granted.

Notices mailed by Judicial staff.
*Copy to judge/magistrate judge.

| | Courtroom Deputy Initials: | JJ |
|---|---|---|

07C2898 National Council on Compensation Insurance, Inc. v. American International Group, Inc. et al and
09 C 2026 Safeco Insurance Company of America et al. v. American International Group, Inc. et al     Page 1 of 1