# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | Sidney I. Schenkier |
|---|---|---|---|
| **CASE NUMBER** | 07 C 2898 and 09 C 2026 | **DATE** | 12/3/2010 |
| **CASE TITLE** | National Council on Compensation Insurance, Inc. vs. American International Group, Inc. et al and <br> Safeco Insurance Company of America et al vs. American International Group, Inc. et al | | |

**DOCKET ENTRY TEXT**

Motion and status hearing held. For the reasons stated in open Court, the Court grants the motion to compel (07 C 2898: doc. # 783) as to document requests Nos. 1 and 2 as modified on the record. The matter is set for a telephone status hearing with the magistrate judge on 12/29/10 at 9:30 a.m. (Chicago time). For additional information see order attached.

■ [ For further detail see separate order(s).]

Notices mailed by Judicial staff.
*Copy to judge/magistrate judge.

1:20

| | Courtroom Deputy Initials: | JJ |
|---|---|---|