IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AMERICAN INTERNATIONAL GROUP, INC., *et al.*, <br> Plaintiffs, <br> v. <br> ACE INA HOLDINGS, INC., *et al.*, <br> Defendants. | No. 07 C 2898 <br><br> Judge Robert W. Gettleman <br><br> Magistrate Judge Sidney I. Schenkier |
| LIBERTY MUTUAL INSURANCE CO., *et al.*, <br> Counter-Claimants, <br> v. <br> AMERICAN INTERNATIONAL GROUP, INC., *et al.*, <br> Counter-defendants. | |
| SAFECO INSURANCE COMPANY OF AMERICA, *et al.*, <br> Plaintiffs, <br> v. <br> AMERICAN INTERNATIONAL GROUP, INC., *et al.*, <br> Defendants. | No. 09 C 2026 <br><br> Judge Robert W. Gettleman <br><br> Magistrate Judge Sidney I. Schenkier |

## ORDER

This matter comes before the Court for status and motions. For the reasons stated on the record, it is hereby ordered:

1. **Sampling of AIG files.** AIG shall produce for sampling 10 files from Division 55 for each of the years 1997 through 2002, for a total of 60 files. In addition, with respect to the sampling of AIG divisions other than Divisions 50 and 55, AIG shall provide electronic "all lines" data.

2. **AIG's motion to compel document production from Liberty Mutual (07 C 2898: doc. # 783).** The Court grants the motion to compel responses to Document Requests Nos. 1 and 2, as modified on the record. By the next status hearing, the parties shall report on whether they have reached agreement on a time frame in which Liberty Mutual will produce any documents responsive to the requests.

3. **Frederico Deposition.** By the close of business on December 7, 2010, AIG shall inform Class Plaintiffs of available dates for the deposition of Dominick Frederico. If AIG does not propose available deposition dates by that time, then by the close of business on December 7, 2010 AIG shall provide Class Plaintiffs with information sufficient to permit them to serve a subpoena on Mr. Frederico for his deposition.

4. **Deadline for serving discovery requests.** By the next status hearing, the parties shall propose to the Court deadlines for serving any additional non-retained expert fact discovery requests.

**Next Status.** The matter is set for a telephone status hearing with the magistrate judge on December 29, 2010 at 9:30 a.m. Any motions or requests for agenda items shall be provided to the Court by 5:00 p.m. on December 23, 2010.

                  ENTER:

                  _____
                  **SIDNEY I. SCHENKIER**
                  **United States Magistrate Judge**

**DATE: December 3, 2010**