# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 09 C 2026 | **DATE** | 12/6/2010 |
| **CASE TITLES** | Safeco Insurance Co. v American International Group | | |

**DOCKET ENTRY TEXT:**

Motion [279] of John M. McHugh for leave to appear pro hac vice is granted.

[Docketing to mail notice]

00:00

| | Courtroom Deputy | GDS |
|---|---|---|