# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | Sidney I. Schenkier |
|---|---|---|---|
| **CASE NUMBER** | 07 C 2898 and 09 C 2026 | **DATE** | 12/27/2010 |
| **CASE TITLE** | National Council on Compensation Insurance, Inc. v. American International Group, Inc. et al **and** Safeco Insurance Company of America et al v. American International Group, Inc. et al | | |

**DOCKET ENTRY TEXT**

The Court, sua sponte, sets the matter for a motion and status hearing before the magistrate judge on 1/5/11 at 10:30 a.m. The telephone status hearing with the magistrate judge set for 12/29/10 remains unchanged.

Notices mailed by Judicial staff.
*Copy to judge/magistrate judge.

| | Courtroom Deputy Initials: | JJ |
|---|---|---|

07C2898 National Council on Compensation Insurance, Inc. v. American International Group, Inc. et al and
09 C 2026 Safeco Insurance Company of America et al. v. American International Group, Inc. et al   Page 1 of 1