Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | Sidney I. Schenkier |
|---|---|---|---|
| **CASE NUMBER** | 07 C 2898 and 09 C 2026 | **DATE** | 12/29/2010 |
| **CASE TITLE** | National Council on Compensation Insurance, Inc. vs. American International Group, Inc. et al and Safeco Insurance Company of America et al v. American International Group, Inc. et al | | |

**DOCKET ENTRY TEXT**

Status hearing held. The matter is set for a hearing on approval of the plan before the magistrate judge on 1/13/11 at 10:00 a.m. The motion and status hearing with the magistrate judge set for 1/05/11 remains unchanged. See order for further details. ENTER ORDER.

■ [ For further detail see separate order(s).]

Notices mailed by Judicial staff.
*Copy to judge/magistrate judge.

0:45

| | Courtroom Deputy Initials: | JJ |
|---|---|---|

07C2898 National Council on Compensation Insurance, Inc. vs. American International Group, Inc. et al and 09C2026 Safeco Insurance Company of America et al v. American International Group, Inc. et al.                    Page 1 of 1