# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| AMERICAN INTERNATIONAL GROUP, INC., et al., | ) ) ) | |
| Plaintiffs, | ) ) | No. 07 CV 2898 |
| vs. | ) ) | |
| ACE INA HOLDINGS, INC., et al., | ) ) | District Judge Robert W. Gettleman |
| Defendants. | ) ) ) | Magistrate Judge Sidney I. Schenkier |

| | | |
|---|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA, et al., individually and on behalf of a class consisting of members of the National Workers Compensation Reinsurance Pool, | ) ) ) ) ) ) | No. 09 CV 2026 |
| Plaintiffs, | ) ) | District Judge Robert W. Gettleman |
| vs. | ) ) | Magistrate Judge Sidney I. Schenkier |
| AMERICAN INTERNATIONAL GROUP, INC., et al., | ) ) ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

TO:    All Parties of Record (ECF Filing)

      PLEASE TAKE NOTICE that on Tuesday, January 11, 2011 at 9:15 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Gettleman in Courtroom 1703 of the United States District Court for the Northern District of Illinois, and then and there present **Settlement Class Representatives' Rule 24 Motion to Intervene and Request for Stay of Ruling on Motion for Class Certification**, a copy of which is attached hereto.

      DATED:  January 5, 2011.

Respectfully submitted,

ACE INA HOLDINGS, INC., AUTO-OWNERS INSURANCE CO., COMPANION PROPERTY & CASUALTY INS. CO., FIRSTCOMP INSURANCE CO., THE HARTFORD FINANCIAL SERVICES GROUP, INC., TECHNOLOGY INSURANCE CO., and THE TRAVELERS INDEMNITY COMPANY

By  /s/ Kerry D. Nelson
      One of Their Attorneys

Frederic R. Klein
Kerry D. Nelson
GOLDBERG KOHN LTD.
55 East Monroe Street, Suite 3300
Chicago, Illinois  60603
(312) 201-4000

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that on January 5, 2011, she caused a true and correct copy of **Settlement Class Representatives' Rule 24 Motion to Intervene and Request for Stay of Ruling on Motion for Class Certification** to be served upon the parties of record via the Court's ECF/electronic mailing system.


/s/ Kerry D. Nelson