# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | Sidney I. Schenkier |
|---|---|---|---|
| **CASE NUMBER** | 07 C 2898 and 09 C 2026 | **DATE** | 1/10/2011 |
| **CASE TITLE** | National Council on Compensation Insurance, Inc. vs. American International Group, Inc. et al and<br>Safeco Insurance Company of America et al v. American International Group, Inc. et al | | |

**DOCKET ENTRY TEXT**

The Court, sua sponte, RESETS the status and motion hearings set before the magistrate judge to 1/13/11 at 10:30 a.m. in courtroom 1703.

Notices mailed by Judicial staff.
*Copy to judge/magistrate judge.

| | Courtroom Deputy Initials: | JJ |
|---|---|---|