# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

Safeco Insurance Company of America, et al.

                    Plaintiff,

v.                                 Case No.: 1:09−cv−02026
                                 Honorable Robert W. Gettleman

American International Group, Inc., et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 11, 2011:

      MINUTE entry before Honorable Robert W. Gettleman: The time of the 1/13/2011 status hearing is re−set to 10:30 a.m. Plaintiffs' motion [171] for class certification, Hartford's motion [291] to intervene, and intervenor plaintiffs' Ace Ina Holdings' motion [293] to file over−sized brief, are continued to that date and time. Mailed notice (gds, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.