**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| AMERICAN INTERNATIONAL GROUP, INC., et al., | ) ) ) | |
| Plaintiffs, | ) ) | No. 07 CV 2898 |
| vs. | ) ) | District Judge Robert W. Gettleman |
| ACE INA HOLDINGS, INC., et al., | ) ) | Magistrate Judge Sidney I. Schenkier |
| Defendants. | ) | |

| | | |
|---|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA, et al., individually and on behalf of a class consisting of members of the National Workers Compensation Reinsurance Pool, | ) ) ) ) ) ) | No. 09 CV 2026 |
| | ) | District Judge Robert W. Gettleman |
| Plaintiffs, | ) | |
| vs. | ) ) | Magistrate Judge Sidney I. Schenkier |
| AMERICAN INTERNATIONAL GROUP, INC., et al., | ) ) ) | |
| Defendants. | ) | |

### NOTICE OF FILING

TO:   All Parties of Record (ECF Filing)

      PLEASE TAKE NOTICE that on January 12, 2011, we filed with the United States District Court for the Northern District of Illinois **Settlement Class Representatives' Rule 16 Proposal for Briefing Schedule**, a copy of which is attached hereto.

DATED: January 12, 2011

      Respectfully submitted,

      ACE INA HOLDINGS, INC., AUTO-OWNERS INSURANCE CO., COMPANION PROPERTY & CASUALTY INS. CO., FIRSTCOMP INSURANCE CO., THE HARTFORD FINANCIAL SERVICES GROUP, INC., TECHNOLOGY INSURANCE CO., and THE TRAVELERS INDEMNITY COMPANY

      By  /s/ Kerry D. Nelson
           One of Their Attorneys

Frederic R. Klein
Kerry D. Nelson
GOLDBERG KOHN LTD.
55 East Monroe Street, Suite 3300
Chicago, Illinois 60603
(312) 201-4000

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that on January 12, 2011, she caused a true and correct copy of **Settlement Class Representatives' Rule 16 Proposal for Briefing Schedule** to be served upon the parties of record via the Court's ECF/electronic mailing system.

/s/ Kerry D. Nelson