## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| AMERICAN INTERNATIONAL GROUP, INC., *et al.*,<br><br>                  Plaintiffs,<br><br>     v.<br><br>ACE INA HOLDINGS, INC., *et al.*,<br><br>                  Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 07 C 2898<br><br>Judge Robert W. Gettleman<br><br>Magistrate Judge Sidney I. Schenkier |
| LIBERTY MUTUAL INSURANCE CO., *et al.*,<br><br>                  Counter-Claimants,<br><br>     v.<br><br>AMERICAN INTERNATIONAL GROUP, INC., *et al.*,<br><br>                  Counter-defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | |
| SAFECO INSURANCE COMPANY OF AMERICA, *et al.,*<br><br>                  Plaintiffs,<br><br>     v.<br><br>AMERICAN INTERNATIONAL GROUP, INC., *et al.*,<br><br>                  Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 09 C 2026<br><br>Judge Robert W. Gettleman<br><br>Magistrate Judge Sidney I. Schenkier |

## **ORDER**

This matter comes before the Court for status and motions.  For the reasons stated on the

record, it is hereby ordered:

1. **Scheduling of merits and sampling discovery.** As a result of the district judge's order today granting a motion for certain plaintiffs to file a complaint in intervention and setting a schedule for presentation of a motion by those interveners for certification of a settlement class and preliminary approval of a motion for class settlement, this Court suspends all merits and sampling discovery pending further Court order. While discovery is suspended, the parties nonetheless shall continue to reasonably cooperate with each other in answering questions concerning documents that have been produced in discovery to date. Pending further order, the Court suspends further briefing on Class Plaintiffs' and Liberty's motion to conduct limited additional sampling in AIG's Division 55/51, and enters and continues (a) ruling on Dr. Kadane's sampling plan for certain AIG divisions; (b) the non-alleged underreporting defendants' motion to compel (07 C 2898: doc. # 803); (c) AIG's motion for ruling on certain confidentiality designations by Liberty (07 C 2898: doc. # 758); and (d) Liberty's motion for a ruling on certain confidentiality designations of AIG (07 C 2898: doc. # 799).

2. **Discovery on certification of settlement class and motion for preliminary approval of class settlement.** By agreement of the parties, Class Plaintiffs and Liberty may initiate written discovery at this time on the issues they expect to be raised by interveners' prospective motion for certification of a settlement class and preliminary approval of a class motion. This shall not bar the issuance of further written discovery after the motion is filed, so long as the additional discovery is not duplicative and is not discovery that Class Plaintiffs and Liberty reasonably could have served prior to the filing of the motion. The Court will set a more comprehensive discovery schedule on settlement class certification and preliminary approval at the next status hearing.

**Next Hearing Date.**  The matter is set for a hearing with the magistrate judge (in conjunction with the district judge) in Courtroom 1703 on January 28, 2011, at 2:30 p.m.

ENTER:

SIDNEY I. SCHENKIER
United States Magistrate Judge

DATE: January 13, 2011

3