## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| AMERICAN INTERNATIONAL GROUP, INC., et al., | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 07 CV 2898 |
| v. | ) ) | Judge Robert W. Gettleman |
| ACE INA HOLDINGS, INC., et al., | ) ) | |
| Defendants | ) | Magistrate Judge Sidney I. Schenkier |
| _____ | ) ) | |
| LIBERTY MUTUAL INSURANCE COMPANY, et al., | ) ) ) | |
| Counter-Claimants, | ) ) | |
| v. | ) ) | |
| AMERICAN INTERNATIONAL GROUP, INC., et al., | ) ) ) | |
| Counter-Defendants. | ) ) | |
| _____ | ) ) | |
| SAFECO INSURANCE COMPANY OF AMERICA and OHIO CASUALTY INSURANCE COMPANY, individually, and on behalf of a class consisting of members of the National Workers Compensation Reinsurance Pool, | ) ) ) ) ) ) ) | Case No. 09 CV 2026 Judge Robert W. Gettleman |
| Plaintiff, | ) ) | Magistrate Judge Sidney I. Schenkier |
| v. | ) ) | |
| AMERICAN INTERNATIONAL GROUP, INC., et al., | ) ) ) | |
| Defendants. | ) | |

## **NOTICE OF MOTION**

To: All Counsel of Record

1071965.1

- 2 -

**PLEASE TAKE NOTICE** that on Thursday, January 20, 2011 at 8:30 a.m., we shall appear before Magistrate Judge Sidney I. Schenkier or any judge sitting in his stead in Room 1700 of the United States District Courthouse, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present **MOTION TO MODIFY THE PROTECTIVE ORDER, FILED UNDER SEAL**, a copy of which was served upon you on January 14, 2011.

Dated: January 14, 2011

Respectfully submitted,

SAFECO INSURANCE COMPANY OF AMERICA AND OHIO CASUALTY INSURANCE COMPANY

By: s/ Gary M. Elden
 One of Its Attorneys

Gary M. Elden
Gary M. Miller
Matthew O. Sitzer
Daniel M. Hinkle
GRIPPO & ELDEN LLC
111 South Wacker Drive
Chicago, IL 60606
(312) 704-7700

Michael A. Walsh
Allison D. Burroughs
Eric P. Magnuson
Timothy D. Johnston
Alexa H. O'Keefe
Heather B. Repicky
NUTTER, McCLENNEN & FISH, LLP
155 Seaport Boulevard
Boston, Massachusetts 02110
Telephone: (617) 439-2775

- 2 -
1071965.1

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on January 14 , 2011, I caused a true and correct copy of the foregoing **NOTICE OF MOTION** to be filed with the Clerk of the Court and served using the CM/ECF e-filing system upon all counsel of record.

s/ Gary M. Elden
Gary M. Elden

1071965.1