# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | Sidney I. Schenkier |
|---|---|---|---|
| **CASE NUMBER** | 07 C 2898 and 09 C 2026 | **DATE** | 1/18/2011 |
| **CASE TITLE** | National Council on Compensation Insurance, Inc. vs. American International Group, Inc. et al and<br>Safeco Insurance Company of America et al vs. American International Group, Inc. et al | | |

**DOCKET ENTRY TEXT**

The Court has received a motion by Class Plaintiffs to modify the protective order (09-2026: doc. # 309). The motion does not indicate that the parties have met and conferred concerning Class Plaintiffs' proposed modification. The motion is stricken, without prejudice to refiling after the parties have met and conferred. The Court directs that the parties meet and confer by 1/20/11, and that any renewed motion be filed by 1/25/11 and noticed for hearing on 1/28/11 at 2:30 p.m. For purposes of this issue, the Court will exempt the parties from following the Revised Discovery Motion Protocol.

Notices mailed by Judicial staff.
*Copy to judge/magistrate judge.

| | Courtroom Deputy Initials: | JJ |
|---|---|---|