# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 4.2
### Eastern Division

Safeco Insurance Company of America, et al.

　　　　　　　　　　　　　　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　Case No.: 1:09−cv−02026
　　　　　　　　　　　　　　　　　Honorable Robert W. Gettleman

American International Group, Inc., et al.

　　　　　　　　　　　　　　　　　Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 13, 2011:

　　　MINUTE entry before Honorable Robert W. Gettleman: Status hearing held on 1/13/2011. Motion to intervene [291] by Hartford Financial, et al, is granted, and leave is given to file an amendeed complaint. Filing of a responsive pleading to the amended complaint is stayed at this time. Motion [293] of intervenor plaintiffs Ace Ina Holdings, et al, to file oversized brief is granted. Status hearing is set for 1/28/2011 at 2:30 p.m. Mailed notice (gds, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.