## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| AMERICAN INTERNATIONAL GROUP, INC., et al., | ) ) ) |
| Plaintiffs, | ) Case No. 07 CV 2898 ) |
| v. | ) ) Judge Robert W. Gettleman |
| ACE INA HOLDINGS, INC., et al., | ) ) |
| Defendants | ) Magistrate Judge Sidney I. Schenkier ) |
| LIBERTY MUTUAL INSURANCE COMPANY, et al., | ) ) ) |
| Counter-Claimants, | ) ) |
| v. | ) ) |
| AMERICAN INTERNATIONAL GROUP, INC., et al., | ) ) ) |
| Counter-Defendants. | ) ) |
| SAFECO INSURANCE COMPANY OF AMERICA and OHIO CASUALTY INSURANCE COMPANY, individually, and on behalf of a class consisting of members of the National Workers Compensation Reinsurance Pool, | ) ) Case No. 09 CV 2026 ) ) ) Judge Robert W. Gettleman ) ) |
| Plaintiff, | ) Magistrate Judge Sidney I. Schenkier ) |
| v. | ) ) |
| AMERICAN INTERNATIONAL GROUP, INC., et al., | ) ) ) |
| Defendants. | ) |

## NOTICE OF MOTION

To: All Counsel of Record

**PLEASE TAKE NOTICE** that on Tuesday, January 25, 2011, at 9:15 a.m., we shall appear before the Honorable Robert W. Gettleman or any judge sitting in his stead in Room 1703 of the United States District Courthouse, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present the **CLASS PLAINTIFFS' MOTION FOR ORDER DIRECTING INTERVENORS TO PERMIT THEM TO PARTICIPATE IN SETTLEMENT NEGOTIATIONS AND JOINDER IN LIBERTY MUTUAL'S MOTION REQUESTING IDENTICAL RELIEF**, a copy of which is hereby served upon you.

Dated: January 20, 2011

Respectfully submitted,

SAFECO INSURANCE COMPANY OF AMERICA AND OHIO CASUALTY INSURANCE COMPANY

By:  s/ Matthew O. Sitzer
        One of their Attorneys

Gary M. Elden
Matthew O. Sitzer
GRIPPO & ELDEN LLC
111 South Wacker Drive
Chicago, IL 60606
(312) 704-7700
gelden@grippoelden.com
msitzer@grippoelden.com

Michael A. Walsh
Allison D. Burroughs
NUTTER, McCLENNEN & FISH, LLP
155 Seaport Boulevard
Boston, Massachusetts 02110
Telephone: (617) 439-2775
mwalsh@nutter.com
aburroughs@nutter.com

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on January 20, 2011, I caused a true and correct copy of the foregoing **NOTICE OF MOTION** to be filed with the Clerk of the Court and served using the CM/ECF e-filing system upon all counsel of record.

                                                 s/ Matthew O. Sitzer
                                                 Matthew O. Sitzer

900692.1