# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| AMERICAN INTERNATIONAL GROUP, INC., et al., | ) ) ) | Case No. 07 CV 2898 |
| Plaintiffs, | ) ) | Judge Robert W. Gettleman |
| v. | ) ) | |
| ACE INA HOLDINGS, INC., et al. | ) ) | Magistrate Judge Sidney I. Schenkier |
| Defendants. | ) ) | |
| LIBERTY MUTUAL INSURANCE COMPANY, et al. | ) ) ) ) | |
| Counter-Claimants, | ) ) | |
| v. | ) ) | |
| AMERICAN INTERNATIONAL GROUP, INC., et al. | ) ) ) | |
| Counter-Defendants. | ) ) | |
| SAFECO INSURANCE COMPANY OF AMERICA and OHIO CASUALTY INSURANCE COMPANY, individually, and on behalf of a class consisting of members of the National Workers Compensation Reinsurance Pool, | ) ) ) ) ) ) ) | Case No. 09 CV 2026<br><br>Judge Robert W. Gettleman<br><br>Magistrate Judge Sidney J. Schenkier |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| AMERICAN INTERNATIONAL GROUP, INC., et al., | ) ) ) | |
| Defendants. | ) | |

## **NOTICE OF MOTION**

TO:   All Counsel of Record

PLEASE TAKE NOTICE that on **February 4, 2011** at **10:00 a.m.,** or as soon thereafter as counsel may be heard, I shall appear before Honorable Judge Robert W. Gettleman in Room 1419 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present **Corrected Motion for Court Order Related to Release of Any Confidential Information Contained in Plan of Allocation**, a copy of which is being filed herewith and hereby served upon you.

Respectfully submitted,

By:   /s/Harry N. Arger
      Attorney for National Council on
      Compensation Insurance, Inc.

Harry N. Arger  (ARDC No. 6198806)
Dykema Gossett PLLC
10 S. Wacker Drive
Suite 2300
Chicago, Illinois 60606
312.627.2127
harger@dykema.com

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, having been first duly sworn upon oath, states that he electronically filed a complete copy of the foregoing with the Clerk of the Court using the ECF System, which sent electronic notification of the filing to all counsel of record on February 3, 2011:

/s/ Harry N. Arger