UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| AMERICAN INTERNATIONAL GROUP, INC., et al., | Case No. 07 CV 2898 |
| Plaintiffs, | Judge Robert W. Gettleman |
| v. | |
| ACE INA HOLDINGS, INC., et al. | Magistrate Judge Sidney I. Schenkier |
| Defendants. | |
| LIBERTY MUTUAL INSURANCE COMPANY, et al. | |
| Counter-Claimants, | |
| v. | |
| AMERICAN INTERNATIONAL GROUP, INC., et al. | |
| Counter-Defendants. | |
| SAFECO INSURANCE COMPANY OF AMERICA and OHIO CASUALTY INSURANCE COMPANY, individually, and on behalf of a class consisting of members of the National Workers Compensation Reinsurance Pool, | Case No. 09 CV 2026 |
| | Judge Robert W. Gettleman |
| | Magistrate Judge Sidney I. Schenkier |
| Plaintiffs, | |
| v. | |
| AMERICAN INTERNATIONAL GROUP, INC., et al., | |
| Defendants. | |

**ORDER**

This matter coming on to be heard on motion for Order related to release of any confidential information contained in the Plan of Allocation, due notice having been given and the court being fully advised in the premises;

IT IS HEREBY ORDERED THAT:

1.  Said motion is granted; and

2.  The designation of "Highly Confidential-Outside Counsels' Eyes Only Produced Pursuant to Protective Orders in Case Nos. 07 C 2898 and 09 C 2026" is to be removed from the Plan of Allocation and the National Council on Compensation Insurance, Inc. ("NCCI") is to produce the Plan of Allocation in its entirety for all purposes and for all information, confidential or otherwise, related to the proposed Settlement, including but not limited to all participating companies of the National Workers Compensation Reinsurance Pool and the New Mexico Workers Compensation Assigned Risk Pool.

ENTERED:

Dated: February 4, 2011

_____
Magistrate Judge Sidney I. Schenkier

Harry N. Arger
Dykema Gossett PLLC
10 S. Wacker Drive, Suite 2300
Chicago, IL 60606
(312) 627-2127
harger@dykema.com