S      IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AMERICAN INTERNATIONAL GROUP, INC., et al., ) ) Plaintiffs ) v. ) ) ACE INA HOLDINGS, INC., et al., ) ) Defendants. ) | No. 07 C 2898 Judge Robert W. Gettleman Magistrate Judge Sidney Schenkier |
| SAFECO INSURANCE COMPANY OF AMERICA and OHIO CASUALTY INSURANCE COMPANY, individually, and on behalf of a class consisting of members of the National Workers Compensation Reinsurance Pool, ) ) Plaintiffs, ) v. ) ) AMERICAN INTERNATIONAL GROUP, INC., et al., ) ) Defendants. ) | No. 09 C 2026 Judge Robert W. Gettleman Magistrate Judge Sidney Schenkier |

## ORDER

This matter came before the court, Judges Schenkier and Gettleman presiding, on Settlement Class Plaintiffs' and AIG's Joint Motion for Class Certification and Preliminary Approval of Class Action Settlement (the "Settlement Motion," Doc. 330), along with supporting memorandum (Doc. 333), argument having been heard, for the reasons stated on the record the court hereby orders:

1) Class Plaintiffs and AIG shall file a Supplement Supporting Memorandum, along with supporting declarations and other appropriate materials, on or before February 25, 2011.

2) The parties are directed to meet and confer, and file a proposed discovery schedule on or before March 7, 2011.

3) The court will hold a hearing on March 10, 2011, at 10:30 a.m., to set a schedule for the "Objectors" to prepare and file a response to the Settlement Motion.

**ENTER:** February 4, 2011

_____
**Robert W. Gettleman**
**United States District Judge**