# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

Safeco Insurance Company of America, et al.

                                Plaintiff,

v.                                                   Case No.: 1:09−cv−02026
                                                  Honorable Robert W. Gettleman

American International Group, Inc., et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 15, 2011:

      MINUTE entry before Honorable Sidney I. Schenkier: Telephone conference held. On 2/14/11, the parties submitted to chambers correspondence indicating their disagreement about whether discovery concerning the proposed class settlement should proceed at this time, or instead should be deferred pending the hearing set on 3/10/11. The Court hereby stays all discovery concerning the proposed class settlement, including the Class Plaintiffs first set of interrogatories, requests for document production and requests to admit to the Intervenors; Class Plaintiffs' 9th set of requests for production and 8th set of interrogatories to AIG; and the subpoenas served by Class Plaintiffs on Goldberg Kohn Ltd., Locke Lord Bissell & Liddell LLP, and NWCRP. These discovery requests need not be answered, and no other discovery requests may be served, pending the hearing on 3/10/11. At that time, with the benefit of the Intervenors' supplemental memorandum in support of preliminary approval (due 2/25/11) and the parties' proposed discovery schedule (due 3/07/11), the Court will consider what discovery is appropriate to the issue of preliminary approval of the proposed class settlement. The parties are advised that the Court will expect any discovery authorized at the 3/10/11 hearing to be produced on a highly accelerated basis. Mailed notice.(jj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.