# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | Sidney I. Schenkier |
|---|---|---|---|
| **CASE NUMBER** | 07 C 2898 and 09 C 2026 | **DATE** | 2/16/2011 |
| **CASE TITLE** | National Council on Compensation Insurance, Inc. vs. American International Group, Inc. et al and  Safeco Insurance Company of America et al v. American International Group, Inc. et al | | |

**DOCKET ENTRY TEXT**

Telephone conference held with parties concerning Class Plaintiffs' and Liberty's reply brief in support of motion to conduct limited additional sampling (07 C 2898: doc. # 845; 09 C 2026: doc. # 348). The briefing schedule set on the motion did not authorize the filing of a reply memorandum, and Class Plaintiffs and Liberty improperly filed the reply without seeking leave of court. That said, the Court *instanter* gives leave to Class Plaintiffs and Liberty to file the reply.

Notices mailed by Judicial staff.
*Copy to judge/magistrate judge.

0:05

| | Courtroom Deputy Initials: | JJ |
|---|---|---|