**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 09 CV 2026 |
| SAFECO INSURANCE COMPANY OF AMERICA, et al. v. AMERICAN INTERNATIONAL GROUP, INC., et al. | Judge Gettleman/ Magistrate Schenkier |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

THE BOARD OF GOVERNORS OF THE NATIONAL WORKERS COMPENSATION REINSURANCE POOL.

| |
|---|
| NAME (Type or print) |
| Rowe W. Snider |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| /s/ Rowe W. Snider |
| FIRM |
| LOCKE LORD BISSELL & LIDDELL LLP |
| STREET ADDRESS |
| 111 S. Wacker Drive |
| CITY/STATE/ZIP |
| Chicago, IL 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 3125194 | (312) 443-0667 |

| |
|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N") Y |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N") N |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N") Y |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N") N |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE. |
| RETAINED COUNSEL    APPOINTED COUNSEL |