**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| AMERICAN INTERNATIONAL GROUP, INC., *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> ACE INA HOLDINGS, INC., *et al.*, <br><br> Defendants. | No. 07 CV 2898 <br><br> Judge Robert W. Gettleman <br><br> Magistrate Sidney I. Schenkier |
| SAFECO INSURANCE COMPANY OF AMERICA, *et al.*, individually and on behalf of a class consisting of members of the National Workers Compensation Reinsurance Pool, <br><br> Plaintiffs, <br><br> vs. <br><br> AMERICAN INTERNATIONAL GROUP, INC., *et al.*, <br><br> Defendants. | No. 09 CV 2026 <br><br> Judge Robert W. Gettleman <br><br> Magistrate Judge Sidney I. Schenkier |

**NOTICE OF MOTION**

TO:   ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE that on Thursday, March 10, 2011, at 10:30 a.m., or as soon thereafter as the matter may be heard, the Board of Governors of the National Workers Compensation Reinsurance Pool, by and through its attorneys, shall appear before the Honorable Robert W. Gettleman in the courtroom usually occupied by him in the United States District

Courthouse, 219 South Dearborn Street, Room 1703, Chicago, Illinois 60604, and shall then and there present its MOTION FOR LEAVE TO APPEAR AND FILE AMICUS BRIEF in the above-captioned case, Docket No. 354, a copy of which has been previously served upon you.

Dated: March 2, 2011      Respectfully submitted,

                                     THE BOARD OF GOVERNORS OF THE NATIONAL WORKERS COMPENSATION REINSURANCE POOL

                                     By:   /s/ Rowe W. Snider
                                                      One of Its Attorneys

Rowe W. Snider
Daniel I. Schlessinger
LOCKE LORD BISSELL & LIDDELL LLP
111 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 443-0700
Facsimile: (312) 443-0336

**CERTIFICATE OF SERVICE**

      Rowe W. Snider, an attorney, hereby certifies that he caused the foregoing **Notice of Motion** to be served upon all counsel of record via the CM/ECF System on this 2nd day of March, 2011.

                                                                   s/ Rowe W. Snider

Rowe W. Snider
Daniel I. Schlessinger
LOCKE LORD BISSELL & LIDDELL LLP
111 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 443-0700
Facsimile: (312) 443-0336