Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 09 C 2026 | **DATE** | 3/4/2011 |
| **CASE TITLE** | Safeco Ins. Co. of America | vs | American International Group, Inc., etal |

**DOCKET ENTRY TEXT:**

Leave is granted to file a corrected copy of Exhibit #7 to the memorandum in support of motion to certify class [172].

[Docketing to mail notice]

00:00

| | Courtroom Deputy | GDS |
|---|---|---|