## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| AMERICAN INTERNATIONAL GROUP, INC., et al., ) | Case No. 07 CV 2898 |
| Plaintiffs, ) | Judge Robert W. Gettleman |
| v. ) | Magistrate Judge Sidney I. Schenkier |
| ACE INA HOLDINGS, INC., et al., ) | |
| Defendants. ) | |

LIBERTY MUTUAL INSURANCE
COMPANY, et al.,

                Counter-Claimants,

    v.

AMERICAN INTERNATIONAL
GROUP, INC., et al.,

                Counter-Defendants.

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA and OHIO CASUALTY INSURANCE COMPANY, individually, and on behalf of a class consisting of members of the National Workers Compensation Reinsurance Pool, ) | Case No. 09 CV 2026 |
| | Judge Robert W. Gettleman |
| Plaintiffs, ) | Magistrate Judge Sidney I. Schenkier |
| v. ) | |
| AMERICAN INTERNATIONAL GROUP, INC., et al., ) | |
| Defendants. ) | |

## NOTICE OF FILING

TO:    All Parties of Record (ECF Filing)

PLEASE TAKE NOTICE that on March 4, 2011, we filed with the United States District

Court for the Northern District of Illinois **CORRECTED VERSION OF EXHIBIT 7 TO**

**MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR CLASS**

**CERTIFICATION, ORIGINALLY FILED ON JULY 16, 2010**, a copy of which is attached

hereto.

Dated:  March 4, 2011

Respectfully submitted,

SAFECO INSURANCE COMPANY OF
AMERICA AND OHIO CASUALTY
INSURANCE COMPANY

By:     s/ Gary M. Elden
        One of Its Attorneys

Gary M. Elden
Gary M. Miller
Matthew O. Sitzer
Daniel M. Hinkle
GRIPPO & ELDEN LLC
111 South Wacker Drive
Chicago, IL  60606
(312) 704-7700

Michael A. Walsh
Allison D. Burroughs
Eric P. Magnuson
Timothy D. Johnston
Alexa H. O'Keefe
Heather B. Repicky
NUTTER, McCLENNEN & FISH, LLP
155 Seaport Boulevard
Boston, Massachusetts  02110
Telephone:  (617) 439-2775

1098711.1

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on March 4, 2011, I caused a true and correct copy of the foregoing **NOTICE OF FILING** to be filed with the Clerk of the Court and served using the CM/ECF e-filing system upon all counsel of record.


s/ Gary M. Elden
Gary M. Elden