**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| AMERICAN INTERNATIONAL GROUP, INC., et al., | ) ) ) | |
| Plaintiffs, | ) | No. 07 CV 2898 |
| vs. | ) ) | |
| | ) | District Judge Robert W. Gettleman |
| ACE INA HOLDINGS, INC., et al., | ) ) | |
| | ) | Magistrate Judge Sidney I. Schenkier |
| Defendants. | ) | |
| | | |
| SAFECO INSURANCE COMPANY OF AMERICA, et al., individually and on behalf of a class consisting of members of the National Workers Compensation Reinsurance Pool, | ) ) ) ) ) ) | No. 09 CV 2026 |
| | ) | District Judge Robert W. Gettleman |
| Plaintiffs, | ) | |
| vs. | ) ) | Magistrate Judge Sidney I. Schenkier |
| AMERICAN INTERNATIONAL GROUP, INC., et al., | ) ) ) | |
| Defendants. | ) | |

## **NOTICE OF MOTION**

TO:   All Parties of Record (ECF Filing)

   PLEASE TAKE NOTICE that on Thursday, March 10, 2011 at 10:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Gettleman in Courtroom 1703 of the United States District Court for the Northern District of

Illinois, and then and there present **SETTLEMENT CLASS PLAINTIFFS' MOTION FOR LEAVE TO SUPPLEMENT THE RECORD**, a copy of which is attached hereto.

DATED: March 7, 2011

    Respectfully submitted,

    ACE INA HOLDINGS, INC., AUTO-OWNERS INSURANCE CO., COMPANION PROPERTY & CASUALTY INS. CO., FIRSTCOMP INSURANCE CO., THE HARTFORD FINANCIAL SERVICES GROUP, INC., TECHNOLOGY INSURANCE CO., and THE TRAVELERS INDEMNITY COMPANY

    By  /s/ Frederic R. Klein
         One of Their Attorneys

Frederic R. Klein
William C. Meyers
Kerry D. Nelson
Nury R. Agudo
GOLDBERG KOHN LTD.
55 East Monroe Street, Suite 3300
Chicago, Illinois 60603
(312) 201-4000

2

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on March 7, 2011, he caused a true and correct copy of **SETTLEMENT CLASS PLAINTIFFS' MOTION FOR LEAVE TO SUPPLEMENT THE RECORD** to be served upon the parties of record via the Court's ECF/electronic mailing system.

/s/ Frederic R. Klein