# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| AMERICAN INTERNATIONAL GROUP, INC., et al., | Case No. 07 CV 2898 |
| Plaintiffs, | Judge Robert W. Gettleman |
| v. | Magistrate Judge Sidney I. Schenkier |
| ACE INA HOLDINGS, INC., et al., | |
| Defendants. | |
| LIBERTY MUTUAL INSURANCE COMPANY, et al., | |
| Counter-Claimants, | |
| v. | |
| AMERICAN INTERNATIONAL GROUP, INC., et al., | |
| Counter-Defendants. | |
| SAFECO INSURANCE COMPANY OF AMERICA and OHIO CASUALTY INSURANCE COMPANY, individually, and on behalf of a class consisting of members of the National Workers Compensation Reinsurance Pool, | Case No. 09 CV 2026 |
| | Judge Robert W. Gettleman |
| | Magistrate Judge Sidney I. Schenkier |
| Plaintiffs, | |
| v. | |
| AMERICAN INTERNATIONAL GROUP, INC., et al., | |
| Defendants. | |

## NOTICE OF FILING

TO:   All Parties of Record (ECF Filing)

PLEASE TAKE NOTICE that on March 7, 2011, we filed with the United States District

1103450.1

- 2 -

Court for the Northern District of Illinois **ORIGINAL CLASS PLAINTIFFS' RESPONSE TO NWCRP BOARD OF GOVERNORS' MOTION FOR LEAVE TO APPEAR AND FILE AMICUS BRIEF**, a copy of which is attached hereto.

Dated: March 7, 2011                                Respectfully submitted,

                                                    SAFECO INSURANCE COMPANY OF
                                                    AMERICA AND OHIO CASUALTY
                                                    INSURANCE COMPANY


                                         By:        s/ Gary M. Elden
                                                    One of Its Attorneys

Gary M. Elden
Gary M. Miller
Matthew O. Sitzer
Daniel M. Hinkle
GRIPPO & ELDEN LLC
111 South Wacker Drive
Chicago, IL  60606
(312) 704-7700

Michael A. Walsh
Allison D. Burroughs
Eric P. Magnuson
Timothy D. Johnston
Alexa H. O'Keefe
Heather B. Repicky
NUTTER, McCLENNEN & FISH, LLP
155 Seaport Boulevard
Boston, Massachusetts  02110
Telephone:  (617) 439-2775

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on March 7, 2011, I caused a true and correct copy of the foregoing **NOTICE OF FILING** to be filed with the Clerk of the Court and served using the CM/ECF e-filing system upon all counsel of record.

s/ Gary M. Elden
Gary M. Elden

1103450.1