**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| AMERICAN INTERNATIONAL GROUP, INC., et al., | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | No. 07 CV 2898 |
| vs. | ) | |
| | ) | District Judge Robert W. Gettleman |
| ACE INA HOLDINGS, INC., et al., | ) | |
| | ) | Magistrate Judge Sidney I. Schenkier |
| Defendants. | ) | |

| | | |
|---|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA, et al., individually and on behalf of a class consisting of members of the National Workers Compensation Reinsurance Pool, | ) | |
| | ) | |
| | ) | |
| | ) | No. 09 CV 2026 |
| | ) | |
| | ) | District Judge Robert W. Gettleman |
| Plaintiffs, | ) | |
| vs. | ) | Magistrate Judge Sidney I. Schenkier |
| | ) | |
| AMERICAN INTERNATIONAL GROUP, INC., et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF FILING**

TO:    All Parties of Record (ECF Filing)

        PLEASE TAKE NOTICE that on March 10, 2011, we filed with the United States District Court for the Northern District of Illinois the attached **Correspondence and E-mail Communications**, pursuant to Judge Gettleman's March 10, 2011 direction, copies of which are attached hereto.

DATED:  March 10, 2011

Respectfully submitted,

ACE INA HOLDINGS, INC., AUTO-OWNERS
INSURANCE CO., COMPANION PROPERTY &
CASUALTY INS. CO., FIRSTCOMP INSURANCE
CO., THE HARTFORD FINANCIAL SERVICES
GROUP, INC., TECHNOLOGY INSURANCE CO.,
and THE TRAVELERS INDEMNITY COMPANY

By    /s/ Frederic R. Klein
      One of Their Attorneys

Frederic R. Klein
William C. Meyers
Kerry D. Nelson
Nury R. Agudo
GOLDBERG KOHN LTD.
55 East Monroe Street, Suite 3300
Chicago, Illinois  60603
(312) 201-4000

## <u>CERTIFICATE OF SERVICE</u>

The undersigned, an attorney, certifies that on March 10, 2011, he caused a true and correct copy of **Correspondence and E-mail Communications** to be served upon the parties of record via the Court's ECF/electronic mailing system.

<u>/s/ Frederic R. Klein</u>