# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Robert W. Gettleman | **Sitting Judge if Other than Assigned Judge** | Sidney I. Schenkier |
|---|---|---|---|
| **CASE NUMBER** | 07 C 2898 and 09 C 2026 | **DATE** | 3/10/2011 |
| **CASE TITLE** | National Council on Compensation Insurance, Inc. vs. American International Group, Inc. et al and <br> Safeco Insurance Company of America et al v. American International Group, Inc. et al | | |

**DOCKET ENTRY TEXT**

Joint status hearing held with the district judge.

(For further information see additional orders)

Notices mailed by Judicial staff.
*Copy to judge/magistrate judge.

2:00

| | Courtroom Deputy Initials: | JJ |
|---|---|---|