# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| AMERICAN INTERNATIONAL GROUP, INC., et al., | Case No. 07 CV 2898 |
| Plaintiffs, | Judge Robert W. Gettleman |
| v. | Magistrate Judge Sidney I. Schenkier |
| ACE INA HOLDINGS, INC., et al., | |
| Defendants. | |
| LIBERTY MUTUAL INSURANCE COMPANY, et al., | |
| Counter-Claimants, | |
| v. | |
| AMERICAN INTERNATIONAL GROUP, INC., et al., | |
| Counter-Defendants. | |
| SAFECO INSURANCE COMPANY OF AMERICA, et al., | Case No. 09 CV 2026 |
| Plaintiffs, | Judge Robert W. Gettleman |
| v. | Magistrate Judge Sidney I. Schenkier |
| AMERICAN INTERNATIONAL GROUP, INC., et al., | |
| Defendants. | |

## **NOTICE OF FILING**

TO:   All Parties of Record (ECF Filing)

PLEASE TAKE NOTICE that on March 24, 2011, AIG caused to be filed a Corrected Declaration of David Appel, which is Exhibit A to AIG's Supplemental Submission In Support of Motion For Class Certification And Preliminary Approval Of Class Action Settlement (Dckt. No. 355), copies of which accompany this notice. This filing is being made because the original filing (Dckt. No. 355-1) inadvertently failed to attach Mr. Appel's resume as Exhibit 1 and to fill in the name of the action in paragraph 6.

        AMERICAN INTERNATIONAL GROUP, INC., et al.,

        By:    /s/ Rebekah H. Parker
              One of Their Attorneys

Stephen Novack
P. Andrew Fleming
Andrew D. Campbell
Rebekah H. Parker
NOVACK AND MACEY LLP
100 North Riverside Plaza
Chicago, IL 60606
(312) 419-6900

Michael B. Carlinsky
Kevin S. Reed
Jennifer J. Barrett
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue
22nd Floor
New York, NY 10010
(212) 849-7000

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that she served a copy of the foregoing **Notice of Filing** by causing copies to be sent by U.S. District Court CM/ECF e-filing system on the 24th day of March, 2011.

/s/ Rebekah H. Parker