# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Robert W. Gettleman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | **09 C 2026** | **DATE** | 5/10/2011 |
| **CASE TITLES** | Safeco Ins. Co.   vs   American International Group | | |

**DOCKET ENTRY TEXT:**

Motion [382] of Linda S. Mullenix for leave to appear pro hac vice is granted.

[Docketing to mail notice]

00:00

| | Courtroom Deputy | GDS |
|---|---|---|