# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | **09 C 2026** | **DATE** | 5/4 /2011 |
| **CASE TITLES** | Safeco Ins. Co.   vs   American International Group | | |

**DOCKET ENTRY TEXT:**

Class plaintiffs' motion [373] for leave to file oversized brief in support of motion to strike opinions is granted. Response to class plaintiffs' motion [371] to strike opinions is due by 6/3/2011 and may be in excess of 15 pages.

Plaintiffs are given an extension of time to 6/3/2011 to file reply in support of motion [330] to certify class.

   [Docketing to mail notice]

00:09

| | Courtroom Deputy | GDS |
|---|---|---|