**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| AMERICAN INTERNATIONAL GROUP, INC., *et al.*,  )<br>)<br>Plaintiffs,  )<br>)<br>v.  )<br>)<br>ACE INA HOLDINGS, INC., *et al.*,  )<br>)<br>Defendants.  )<br>_____ )<br>)<br>LIBERTY MUTUAL INSURANCE CO., *et al.*,  )<br>)<br>Counter-Claimants,  )<br>)<br>v.  )<br>)<br>AMERICAN INTERNATIONAL GROUP, INC., *et al.*,  )<br>)<br>Counter-Defendants.  )<br>_____ )<br>)<br>SAFECO INSURANCE COMPANY OF  )<br>AMERICA and OHIO CASUALTY  )<br>INSURANCE COMPANY, individually, and on  )<br>behalf of a class consisting of members of the  )<br>National Workers Compensation Reinsurance  )<br>Pool,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>AMERICAN INTERNATIONAL GROUP, INC., *et al*.,  )<br>)<br>Defendants.  ) | No.: 07 CV 2898<br><br>Judge Robert W. Gettleman<br><br>Magistrate Judge Sidney I. Schenkier<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>No. 09 C 2026<br><br>Judge Robert W. Gettleman<br><br>Magistrate Judge Sidney I. Schenkier |

**ORIGINAL CLASS PLAINTIFFS' SECOND MOTION TO STRIKE ALL OR PORTIONS OF DECLARATIONS SUBMITTED WITH JUNE 3 REPLY BRIEFS**

1169663

- 2 -

For the reasons stated in our Memorandum filed herewith, Safeco Insurance Company of America and Ohio Casualty Insurance Company ("Original Class Plaintiffs") move to strike (1) the declarations of Ericksen, Sumner, Appel; (2) to the extent the opinion of any of the following is offered under Fed. R. Evid. 702, Intervenors, Klein, Snider, Leslie, and Merlino; and (3) all hearsay testimony, notably Leslie's (at pp. 30-33 of his Second Supplemental Declaration) regarding whether AIG discounted its settlement offer or has a limited fund from which to pay Leslie's clients and the Class.

Dated: June 13 , 2011

Respectfully submitted,

SAFECO INSURANCE COMPANY OF AMERICA AND OHIO CASUALTY INSURANCE COMPANY

By: s/ Gary M. Elden
One of their Attorneys

Gary M. Elden (#0728322)
Matthew O. Sitzer (#6210083)
GRIPPO & ELDEN LLC
111 South Wacker Drive
Chicago, IL 60606
(312) 704-7700
gelden@grippoelden.com
msitzer@grippoelden.com

Michael A. Walsh (admitted *pro hac vice*)
Allison D. Burroughs (admitted *pro hac vice*)
NUTTER, McCLENNEN & FISH, LLP
155 Seaport Boulevard
Boston, Massachusetts 02110
Telephone: (617) 439-2775
mwalsh@nutter.com
aburroughs@nutter.com

1169663

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on June 13, 2011, I caused a true and correct copy of the foregoing **ORIGINAL CLASS PLAINTIFFS' SECOND MOTION TO STRIKE ALL OR PORTIONS OF DECLARATIONS SUBMITTED WITH JUNE 3 REPLY BRIEFS** to be filed with the Clerk of the Court and served using the CM/ECF e-filing system upon all counsel of record.

        s/ Gary M. Elden_____
        Gary M. Elden