# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| AMERICAN INTERNATIONAL GROUP, INC., *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | No.: 07 CV 2898 |
| v. | ) ) | Judge Robert W. Gettleman |
| ACE INA HOLDINGS, INC., *et al.*, | ) ) | Magistrate Judge Sidney I. Schenkier |
| Defendants. | ) ) | |
| LIBERTY MUTUAL INSURANCE CO., *et al.*, | ) ) | |
| Counter-Claimants, | ) ) | |
| v. | ) ) | |
| AMERICAN INTERNATIONAL GROUP, INC., *et al.*, | ) ) ) | |
| Counter-Defendants. | ) ) | |
| SAFECO INSURANCE COMPANY OF AMERICA and OHIO CASUALTY INSURANCE COMPANY, individually, and on behalf of a class consisting of members of the National Workers Compensation Reinsurance Pool, | ) ) ) ) ) ) ) | No. 09 C 2026<br><br>Judge Robert W. Gettleman<br><br>Magistrate Judge Sidney I. Schenkier |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| AMERICAN INTERNATIONAL GROUP, INC., *et al*., | ) ) ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

To: All Counsel of Record

1169894

-2-

**PLEASE TAKE NOTICE** that on Thursday, June 16, 2011, at 9:15 a.m., we shall appear before the Honorable Robert W. Gettleman or any judge sitting in his stead in Room 1703 of the United States District Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there present the **ORIGINAL CLASS PLAINTIFFS' SECOND MOTION TO STRIKE ALL OR PORTIONS OF DECLARATIONS SUBMITTED WITH JUNE 3 REPLY BRIEFS**, a copy of which is hereby served upon you.

Dated: June 13, 2011

Respectfully submitted,

SAFECO INSURANCE COMPANY OF AMERICA AND OHIO CASUALTY INSURANCE COMPANY

By:    s/ Gary M. Elden
        One of their Attorneys

| | |
|---|---|
| Gary M. Elden (#0728322) | Michael A. Walsh (admitted *pro hac vice*) |
| Matthew O. Sitzer (#6210083) | Allison D. Burroughs (admitted *pro hac vice*) |
| GRIPPO & ELDEN LLC | NUTTER, McCLENNEN & FISH, LLP |
| 111 South Wacker Drive | 155 Seaport Boulevard |
| Chicago, IL 60606 | Boston, Massachusetts 02110 |
| (312) 704-7700 | Telephone: (617) 439-2775 |
| gelden@grippoelden.com | mwalsh@nutter.com |
| msitzer@grippoelden.com | aburroughs@nutter.com |

1169894

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on June 13, 2011, I caused a true and correct copy of the foregoing **NOTICE OF MOTION** to be filed with the Clerk of the Court and served using the CM/ECF e-filing system upon all counsel of record.

        s/ Gary M. Elden
        Gary M. Elden

1169894