**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| AMERICAN INTERNATIONAL GROUP, INC., *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>ACE INA HOLDINGS, INC., *et al.*, )<br>)<br>Defendants. )<br>─────────────────────────────────── )<br>)<br>LIBERTY MUTUAL INSURANCE CO., *et al.*, )<br>)<br>Counter-Claimants, )<br>)<br>v. )<br>)<br>AMERICAN INTERNATIONAL GROUP, INC., *et al.*, )<br>)<br>Counter-Defendants. )<br>─────────────────────────────────── )<br>)<br>SAFECO INSURANCE COMPANY OF AMERICA and OHIO CASUALTY INSURANCE COMPANY, individually, and on behalf of a class consisting of members of the National Workers Compensation Reinsurance Pool, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AMERICAN INTERNATIONAL GROUP, INC., *et al.*, )<br>)<br>Defendants. ) | No.: 07 CV 2898<br><br>Judge Robert W. Gettleman<br><br>Magistrate Judge Sidney I. Schenkier<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>No. 09 C 2026<br><br>Judge Robert W. Gettleman<br><br>Magistrate Judge Sidney I. Schenkier |

**NOTICE OF MOTION**

To: All Counsel of Record

1147132

-2-

**PLEASE TAKE NOTICE** that on Thursday, June 16, 2011, at 9:15 a.m., we shall appear before the Honorable Robert W. Gettleman or any judge sitting in his stead in Room 1703 of the United States District Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there present the **ORIGINAL CLASS PLAINTIFFS' MOTION FOR LEAVE TO FILE OVERSIZED BRIEF**, a copy of which is hereby served upon you.

Dated: June 13, 2011

Respectfully submitted,

SAFECO INSURANCE COMPANY OF AMERICA AND OHIO CASUALTY INSURANCE COMPANY

By:   s/ Gary M. Elden
      One of their Attorneys

| | |
|---|---|
| Gary M. Elden (#0728322) | Michael A. Walsh (admitted *pro hac vice*) |
| Matthew O. Sitzer (#6210083) | Allison D. Burroughs (admitted *pro hac vice*) |
| GRIPPO & ELDEN LLC | NUTTER, McCLENNEN & FISH, LLP |
| 111 South Wacker Drive | 155 Seaport Boulevard |
| Chicago, IL 60606 | Boston, Massachusetts 02110 |
| (312) 704-7700 | Telephone: (617) 439-2775 |
| gelden@grippoelden.com | mwalsh@nutter.com |
| msitzer@grippoelden.com | aburroughs@nutter.com |

1147132

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on June 13, 2011, I caused a true and correct copy of the foregoing **NOTICE OF MOTION** to be filed with the Clerk of the Court and served using the CM/ECF e-filing system upon all counsel of record.

                                                        s/ Gary M. Elden_____
                                                        Gary M. Elden

1147132