# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| AMERICAN INTERNATIONAL GROUP, INC., *et al.*, | )<br>)<br>) |
| Plaintiffs, | )<br>) No.: 07 CV 2898 |
| v. | )<br>) Judge Robert W. Gettleman |
| ACE INA HOLDINGS, INC., *et al.*, | )<br>) Magistrate Judge Sidney I. Schenkier |
| Defendants. | )<br>) |
| LIBERTY MUTUAL INSURANCE CO., *et al.*, | )<br>) |
| Counter-Claimants, | )<br>) |
| v. | )<br>) |
| AMERICAN INTERNATIONAL GROUP, INC., *et al.*, | )<br>) |
| Counter-Defendants. | )<br>) |
| SAFECO INSURANCE COMPANY OF AMERICA and OHIO CASUALTY INSURANCE COMPANY, individually, and on behalf of a class consisting of members of the National Workers Compensation Reinsurance Pool, | )<br>)<br>) No. 09 C 2026<br>)<br>) Judge Robert W. Gettleman<br>)<br>) Magistrate Judge Sidney I. Schenkier |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| AMERICAN INTERNATIONAL GROUP, INC., *et al.*, | )<br>) |
| Defendants. | ) |

## NOTICE OF MOTION

To: All Counsel of Record

1169845

**PLEASE TAKE NOTICE** that on Thursday, June 16, 2011, at 9:15 a.m., we shall appear before the Honorable Robert W. Gettleman or any judge sitting in his stead in Room 1703 of the United States District Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there present the **ORIGINAL CLASS PLAINTIFFS' MOTION FOR LEAVE TO SUPPLEMENT THE RECORD IN OPPOSITION TO JOINT MOTION OF INTERVENORS AND AIG FOR CLASS CERTIFICATION AND PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**, a copy of which is hereby served upon you.

Dated: June 13, 2011

Respectfully submitted,

SAFECO INSURANCE COMPANY OF AMERICA AND OHIO CASUALTY INSURANCE COMPANY

By:   s/ Gary M. Elden
      One of their Attorneys

Gary M. Elden (#0728322)
Matthew O. Sitzer (#6210083)
GRIPPO & ELDEN LLC
111 South Wacker Drive
Chicago, IL 60606
(312) 704-7700
gelden@grippoelden.com
msitzer@grippoelden.com

Michael A. Walsh (admitted *pro hac vice*)
Allison D. Burroughs (admitted *pro hac vice*)
NUTTER, McCLENNEN & FISH, LLP
155 Seaport Boulevard
Boston, Massachusetts 02110
Telephone: (617) 439-2775
mwalsh@nutter.com
aburroughs@nutter.com

1169845

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on June 13, 2011, I caused a true and correct copy of the foregoing **NOTICE OF MOTION** to be filed with the Clerk of the Court and served using the CM/ECF e-filing system upon all counsel of record.

                                               s/ Gary M. Elden_____
                                               Gary M. Elden

1169845