**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2**
**Eastern Division**

Safeco Insurance Company of America, et al.

                    Plaintiff,

v.                                 Case No.: 1:09−cv−02026
                                          Honorable Robert W. Gettleman

American International Group, Inc., et al.

                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, June 23, 2011:

      MINUTE entry before Honorable Robert W. Gettleman: For the reasons stated on the record, 6/16/2011, plaintiffs Ohio Casualty and Safeco's motion to strike [371] is denied. The Declarations at issue are not being submitted as opinion evidence and will not be so regarded by the court. Mailed notice (gds, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.