## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| AMERICAN INTERNATIONAL GROUP, INC., et al., | Case No. 07 CV 2898 |
| Plaintiffs, | Judge Robert W. Gettleman |
| v. | |
| ACE INA HOLDINGS, INC., et al., | Magistrate Judge Sidney I. Schenkier |
| Defendants. | |
| LIBERTY MUTUAL INSURANCE COMPANY, et al., | |
| Counter-Claimants, | |
| v. | |
| AMERICAN INTERNATIONAL GROUP, INC., et al., | |
| Counter-Defendants. | |
| SAFECO INSURANCE COMPANY OF AMERICA and OHIO CASUALTY INSURANCE COMPANY, individually, and on Behalf of a Class consisting of members of the National Workers Compensation Reinsurance Pool, | Case No. 09 CV 2026 |
| Plaintiffs, | Judge Robert W. Gettleman |
| v. | Magistrate Judge Sidney I. Schenkier |
| AMERICAN INTERNATIONAL GROUP, INC., et al., | |
| Defendants. | |

### NOTICE OF MOTION AND CERTIFICATE OF SERVICE

TO: **All Counsel of Record**
**(See Attached Service List)**

PLEASE TAKE NOTICE that on **July 7, 2011**, at **9:15 a.m.**, the undersigned shall appear before the Honorable Robert W. Gettleman or any judge sitting in his stead in the

courtroom usually occupied by him in the Dirksen Federal Building, 219 South Dearborn Street, Room 1703, Chicago, Illinois, 60604, and shall then and there present the attached LIBERTY MUTUAL'S MOTION FOR LEAVE TO FILE THE DECLARATION OF CHRISTOPHER C. MANSFIELD IN RESPONSE TO THE COURT'S COMMENTS AT THE JUNE 21, 2011 HEARING**,** a copy of which is hereby served upon you.

      The undersigned, an attorney, certifies that he served a copy of this notice and the above-referenced motion by causing copies thereof to be sent by the U.S. District Court CM/ECF e-filing system on the 1st day of July, 2011.

Dated: July 1, 2011           Respectfully submitted,

/s/ James A. Morsch
One of the Attorneys for One of the Liberty Mutual Insurance Company, Liberty Mutual Fire Insurance Company, Liberty Insurance Corporation, The First Liberty Insurance Corporation, Employers Insurance Company of Wausau, Wausau Business Insurance Company, Wausau General Insurance Company and Wausau Underwriters Insurance Company

James I. Rubin (ARDC# 2413191)
James A. Morsch (ARDC# 6209558)
Jason S. Dubner (ARDC# 6257055)
Mark A. Schwartz (ARDC# 6270580)
Butler Rubin Saltarelli & Boyd LLP
70 West Madison Street, Suite 1800
Chicago, Illinois 60602
(312) 444-9660

479989v1