# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| AMERICAN INTERNATIONAL GROUP, INC., et al., | ) ) ) | Case No. 07 CV 2898 |
| Plaintiffs, | ) ) | Judge Robert W. Gettleman |
| v. | ) ) | Magistrate Judge Sidney I. Schenkier |
| ACE INA HOLDINGS, INC., et al., | ) ) | |
| Defendants. | ) ) | |
| LIBERTY MUTUAL INSURANCE COMPANY, et al., | ) ) ) ) | |
| Counter-Claimants, | ) ) | |
| v. | ) ) | |
| AMERICAN INTERNATIONAL GROUP, INC., et al., | ) ) ) | |
| Counter-Defendants. | ) ) | |
| SAFECO INSURANCE COMPANY OF AMERICA and OHIO CASUALTY INSURANCE COMPANY, individually, and on behalf of a class consisting of members of the National Workers Compensation Reinsurance Pool, | ) ) ) ) ) ) ) ) | Case No. 09 CV 2026  Judge Robert W. Gettleman  Magistrate Judge Sidney I. Schenkier |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| AMERICAN INTERNATIONAL GROUP, INC., et al., | ) ) ) | |
| Defendants. | ) | |

**ORIGINAL CLASS PLAINTIFFS' APPENDIX IN OPPOSITION TO THE JOINT MOTION OF INTERVENORS AND AIG FOR CLASS CERTIFICATION AND <u>PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT</u>**

# TABLE OF CONTENTS

I.    **DECLARATION OF KEVIN M. RYAN** .................................................................. 1

     Exhibit 1 – Curriculum Vitae ................................................................................... 20

     Exhibit 2 – Memorandum entitled "WC Calculation Methodology" ...................... 25

II.   **DECLARATION OF ARNOLD I. BARNETT, PH.D.** ............................................. 30

     Exhibit 1 – Curriculum Vitae ................................................................................... 50

     Exhibit 2 – Dr. Kadane's Final Proposed Sampling Plan for AIG Divisions
              55/51 and 50 .............................................................................................. 65

     Exhibit 3 – August 12, 2010 Order ........................................................................... 98

     Exhibit 4 – November 5, 2009 Order ..................................................................... 102

     Exhibit 5 – November 17, 2009 Order ................................................................... 104

     Exhibit 6 – December 17, 2009 Order ................................................................... 109

     Exhibit 7 – Dr. Kadane's Sampling Plan for Certain AIG Divisions dated
              December 16, 2010 .................................................................................. 111

     Exhibit 8 – Class Plaintiffs' and Liberty's Supplemental Sampling Proposal
              (Only with Respect those Contracts in Division 55/51 with
              Recorded Losses but No Recorded Premium) ........................................ 132

     Exhibit 9 – March 9, 2011 e-mail from Dr. Kadane to Court ................................. 140

     Exhibit 10 – Estimate of AIG's Underreporting of WC Premium in Division
               55/51 and 50 ............................................................................................ 145

III. **DECLARATION OF JEFFREY A. COHEN** ............................................................ 147

     Appendix A – Curriculum Vitae ............................................................................ 156

IV. **DECLARATION OF SCOTT HARRINGTON, PH.D.** ............................................ 162

     Exhibit 1 – Curriculum Vitae ................................................................................. 180

     Exhibit 2 – Summary of Damages for Divisions 50 & 55 ...................................... 195

     Exhibit 3 – Underpayment Damages ...................................................................... 197

     Exhibit 4 – Return Carry Forfeited Return Damages ............................................. 200

V.   **DECLARATION OF PATRICK L. WHATLEY** ...................................................... 203

     Exhibit 1 – Curriculum Vitae ................................................................................. 213

VI. **DECLARATION OF JOSEPH E. SEDER** ................................................................ 216

     Exhibit 1 – Curriculum Vitae ................................................................................. 233

| | | |
|---|---|---|
| | Exhibit 2 – Selected Materials from David Leslie's Work Papers | 235 |
| | Exhibit 3 – Exhibit C to the Regulatory Settlement Agreement dated Dec. 17, 2010 | 267 |
| | Exhibit 4 – Letter to Matthew Merlino et al. to J. David Leslie dated May 9, 2008 | 272 |
| | Exhibit 5 – E-mail from Jose Gonzalez to J. David Leslie dated Aug. 14, 2009 | 280 |
| | Exhibit 6 – E-mail from Christopher Stanton to Jay Kadane dated Nov. 20, 2010 | 292 |
| | Exhibit 7 – Letter from David Appel to J. David Leslie dated Oct. 17, 2008 | 298 |
| | Exhibit 8 – AIG's Comments to Dr. Kadane's Final Proposed Sampling Plan for AIG Divisions 55/51 and 50 | 304 |
| | Exhibit 9 – NWCRP-AIG Settlement Settlement – Plan of Allocation; New Mexico Pool-AIG Settlement – Plan of Allocation | 309 |
| VII. | **DECLARATION OF JAMES W. SCHACHT** | **327** |
| | Exhibit 1 – Curriculum Vitae | 346 |
| | Exhibit 2 – List of Publications | 353 |
| VIII. | **DECLARATION OF DOUGLAS JENKINS** | **356** |
| IX. | **DECLARATION OF THOMAS DRISCOLL** | **360** |
| X. | **DECLARATION OF MATTHEW O. SITZER** | **366** |
| XI. | **DECLARATION OF GARY M. ELDEN** | **369** |
| | Exhibit 1 – Declaration of Gary M. Elden dated Jan. 9, 2011 (with Exhibits 1-6) | 413 |
| | Exhibit 2 – Declaration of Gary M. Miller dated Jan. 9, 201 (with Exhibits A-C) | 447 |
| | Exhibit 3 – Letter from Gary M. Elden to Thomas W. Jenkins dated Aug. 18, 2010 | 487 |
| | Exhibit 4 – Letter from Michael Carlinsky to Gary M. Elden dated Nov. 29,2010 | 490 |
| | Exhibit 5 – Presentation to Potential Intervenors dated Dec. 20, 2010 | 493 |
| | Exhibit 6 – March 9, 2011 e-mail from Dr. Kadane to Court | 591 |
| XII. | **DECLARATION OF MICHAEL A. WALSH** | **596** |
| | Exhibit 1 - July 29, 2010 Russo Letter | 646 |
| | Exhibit 2 - January 31, 1992 E. Michael Joye Memorandum | 659 |

Exhibit 3 - July 1, 1989 Mikk Hinnov Memorandum ................................................... 668

Exhibit 4 - November 6, 1989 Mikk Hinnov Memorandum ......................................... 671

Exhibit 5 - November 4, 1991 Mikk Hinnov Memorandum ......................................... 677

Exhibit 6 - March 2, 1990 Thomas Belthoff Memorandum .......................................... 680

Exhibit 7 - Relevant Portions of Thomas Belthoff's Deposition Transcript .................. 687

Exhibit 8 - Relevant Portions of E. Michael Joye's Deposition Transcript.................... 694

Exhibit 9 - February 10, 1992 Howard Smith Memorandum........................................ 703

Exhibit 10 - Relevant Portions of Mark Paffman's Deposition Transcript .................... 705

Exhibit 11 - Relevant Portions Joseph Cavolo's Deposition Transcript......................... 730

Exhibit 12 - May 24, 1995 Facsimile from Mikk Hinnov ............................................. 750

Exhibit 13 - Relevant Portions of Gary Cline's Deposition Transcript ......................... 752

Exhibit 14 - Relevant Portions of Taylor Atkins' Deposition Transcript....................... 757

Exhibit 15 - Relevant Portions of Dominic Frederico's Deposition Transcript ............. 763

Exhibit 16 - Relevant Portions of Mark Bender's Deposition Transcript ...................... 770

Exhibit 17 - Relevant Portions Joseph Smetana's Deposition Transcript ...................... 774

Exhibit 18 - Relevant selection from 2010 AIG Form 10-K ......................................... 788

Exhibit 19 - A.M. Best Executive Summary Report (5-Year) for AIG.......................... 802

Exhibit 20 - Relevant Portions of Wayland Mead's Deposition Transcript ................... 804

Exhibit 21 - February 14, 1992 Letter from Maurice (Hank) Greenberg ....................... 814

Exhibit 22 - E. Michael Joye's Handwritten Notes ....................................................... 816

Exhibit 23 - Relevant Portions of Bernard Aidinoff's Deposition Transcript................ 844

Exhibit 24 - Relevant Portions of Jacqueline Aguanno's Deposition Transcript ........... 852

Exhibit 25 - 2004 AIG Form 10-K/A ............................................................................ 881

Exhibit 26 - Relevant Portions of Steven Dixon's Deposition Transcript...................... 914

Exhibit 27 - Relevant Portions of Howard Smith's Deposition Transcript .................... 921

Exhibit 28 - Relevant Portions of Joseph Umansky's Deposition Transcript ................ 930

Exhibit 29 - November 29, 2000 AIG SICO Conference Transcript ............................. 938

Exhibit 30 - SICO Millionaire's List at June 30, 2004 .................................................. 962

Exhibit 31 - CVSCO Shareholder Compensation List ................................................ 1013

Exhibit 32 - Relevant Portions of Frank Douglas's Deposition Transcript .................. 1028

Exhibit 33 - Relevant Portions of Salvatore Branca's Deposition Transcript .............. 1031

Exhibit 34 - Relevant Portions of James Roberts' Deposition Transcript .................... 1035

Exhibit 35 - PWC Critical Matter (PWCSICO 026906-13) ......................................... 1039

Exhibit 36 - Feb. 24, 2003 Corporate Governance Assessment
    (PWCSICO 187582-89) .................................................................................. 1048

Exhibit 37 - Summary of Page 14 Data ......................................................................... 1057

Exhibit 38 - April 26, 2005 Press Release ..................................................................... 1076

Exhibit 39 - Declaration of Steven M. Dixon dated June 14, 2007 ............................... 1079

Exhibit 40 – Relevant Portions of Transcript of Proceedings on Jan. 13, 2011 ........... 1087

Exhibit 41 – Relevant Portions of Transcript of Proceedings on Feb. 4, 2011 ............. 1095

Exhibit 42 – Relevant Portions of Transcript of Proceedings on June 25, 2010 .......... 1105

Exhibit 43 – Letter from Kevin Reed dated March 7, 2011 .......................................... 1109

Exhibit 44 – AIG's Supplemental Objections and Responses to
    Liberty Mutual's First and Second Sets of Interrogatories ....................... 1117

Exhibit 45 – Relevant Portions of Proceedings dated Nov. 5, 2010............................. 1132

Exhibit 46 – Relevant Portions of AIG's Responses and Objections by
    Interrogatory to Certain Topics of Class Palintiffs'
    March 23, 2010 30(b)(6) Deposition Notice ............................................. 1138

Exhibit 47 – Memorandum from Robert Conry to Maurice Greenberg
    dated Feb. 2, 1990 ..................................................................................... 1153

Exhibit 48 – Memorandum from Robert Conry to Maurice Greenberg
    dated April 24, 1992 .................................................................................. 1185

Exhibit 49 – Deposition Witness Questionnaire of Joseph Cavolo ............................. 1194

Exhibit 50 – AIG's Supplemental Objections and Responses to Class Plaintiffs'
    Interrogatories........................................................................................... 1198

Exhibit 51 – Relevant Portions of Alfred Grano's Deposition Transcript; .................. 1218

Exhibit 52 – Relevant Portions of Mary Ann Castaldo's Deposition Transcript; ........ 1224

Exhibit 53 – Feb. 3, 2006 Report from INS Regulatory Insurance Services, Inc.......... 1229

Exhibit 54 – Agreement between the Attorney General of New York and
    AIG and its Subsidiaries dated Jan. 18, 2006........................................... 1250

Exhibit 55 – Relevant Portions of Robert Schimek's Deposition Transcript ............... 1307

Exhibit 56 – Complaint dated May 24, 2007................................................................. 1311

Exhibit 57 – Letter from James L. Brochin to Patrick Coffey dated Dec. 21, 2006..... 1330

**XIII.  OFFERS OF PROOF…………………………………………………………………..1335**