**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| AMERICAN INTERNATIONAL GROUP, INC., <u>et al.</u>, | ) ) ) | Case No. 07 CV 2898 |
| Plaintiffs, | ) | Judge Robert W. Gettleman |
| v. | ) ) | Magistrate Judge Sidney I. Schenkier |
| ACE INA HOLDINGS, INC., <u>et al.</u>, | ) ) | |
| Defendants. | ) ) | |
| LIBERTY MUTUAL INSURANCE COMPANY, <u>et al.</u>, | ) ) ) | |
| Counter-Claimants, | ) | |
| v. | ) ) | |
| AMERICAN INTERNATIONAL GROUP, INC., <u>et al.</u>, | ) ) ) | |
| Counter-Defendants. | ) ) | |
| SAFECO INSURANCE COMPANY OF AMERICA and OHIO CASUALTY INSURANCE COMPANY, individually, and on Behalf of a Class consisting of members of the National Workers Compensation Reinsurance Pool, | ) ) ) ) ) ) | Case No. 09 CV 2026 Judge Robert W. Gettleman |
| Plaintiffs, | ) ) | |
| v. | ) | Magistrate Judge Sidney I. Schenkier |
| AMERICAN INTERNATIONAL GROUP, INC., <u>et al.</u>, | ) ) ) ) | |
| Defendants. | ) ) | |

## <u>NOTICE OF MOTION AND CERTIFICATE OF SERVICE</u>

TO:    **All Counsel of Record
(See Attached Service List)**

PLEASE TAKE NOTICE that on **July 21, 2011**, at **9:15 a.m.**, the undersigned shall

appear before the Honorable Robert W. Gettleman or any judge sitting in his stead in the

courtroom usually occupied by him in the Dirksen Federal Building, 219 South Dearborn Street,

Room 1703, Chicago, Illinois, 60604, and shall then and there present the attached LIBERTY

MUTUAL'S MOTION TO SUPPLEMENT THE RECORD, a copy of which is hereby served

upon you.

The undersigned, an attorney, certifies that he served a copy of this notice and the above-

referenced motion by causing copies thereof to be sent by the U.S. District Court CM/ECF

e-filing system on the 18th day of July, 2011.

Dated:  July 18, 2011                           Respectfully submitted,


                                                /s/ James I. Rubin
                                                One of the Attorneys for One of the Liberty Mutual
                                                Insurance Company, Liberty Mutual Fire Insurance
                                                Company, Liberty Insurance Corporation, The First
                                                Liberty Insurance Corporation, Employers Insurance
                                                Company of Wausau, Wausau Business Insurance
                                                Company, Wausau General Insurance Company and
                                                Wausau Underwriters Insurance Company



James I. Rubin (ARDC# 2413191)
James A. Morsch (ARDC# 6209558)
Jason S. Dubner (ARDC# 6257055)
Mark A. Schwartz (ARDC# 6270580)
Butler Rubin Saltarelli & Boyd LLP
70 West Madison Street, Suite 1800
Chicago, Illinois 60602
(312) 444-9660