IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| AMERICAN INTERNATIONAL GROUP, INC., et al., | ) ) ) | |
| Plaintiffs, | ) ) | No. 07 CV 2898 |
| vs. | ) ) | District Judge Robert W. Gettleman |
| ACE INA HOLDINGS, INC., et al., | ) ) | Magistrate Judge Sidney I. Schenkier |
| Defendants. | ) ) | |

| | | |
|---|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA, et al., individually and on behalf of a class consisting of members of the National Workers Compensation Reinsurance Pool, | ) ) ) ) ) | No. 09 CV 2026 |
| Plaintiffs, | ) ) | District Judge Robert W. Gettleman |
| vs. | ) ) | Magistrate Judge Sidney I. Schenkier |
| AMERICAN INTERNATIONAL GROUP, INC., et al., | ) ) ) | |
| Defendants. | ) ) | |

**SETTLEMENT CLASS PLAINTIFFS' AND AIG'S JOINT OPPOSITION
TO LIBERTY MUTUAL'S MOTION TO SUPPLEMENT THE RECORD**

Settlement Class Plaintiffs and AIG respectfully submit this joint opposition to the Motion to Supplement the Record ("Motion") (R.418) filed by "Liberty Mutual" ("Liberty") on July 18, and noticed for presentation to the Court on July 21.

On June 21, at the conclusion of a five-hour hearing, the Court stated: "I don't want anymore briefing. I don't want anymore declarations. I don't want anymore paper." (TR. 171) (hereinafter, "the Court's June 21 Statements Regarding Additional Submissions"). Liberty's outside counsel was present during the June 21 hearing, and its inside counsel, Sean McSweeney, attended as well (TR. 9).

Ignoring the Court's June 21 Statements Regarding Additional Submissions, on July 1, Liberty filed its "Motion for Leave to File the Declaration of Christopher C. Mansfield in Response to the Court's Comments at the June 21, 2011 Hearing" (R.409). Ignoring the Court's June 21 Statements Regarding Additional Submissions for a second time, Liberty filed the Motion on July 18 seeking leave to file a Second Declaration of Mr. McSweeney, and also requesting an opportunity to argue during the July 25 hearing about issues that were discussed during the June 21 hearing.

No means no, enough is enough, and Liberty's Motion should be denied. The Settlement Class Plaintiffs and AIG have followed the Court's instructions and have refrained from submitting any additional material in advance of the July 25 hearing. Fundamental fairness requires that the same rules apply to Liberty. When the hearing resumes on July 25, AIG should be permitted to present the rebuttal argument it had begun when the Court adjourned on June 21, following which the Court can decide what, if any, additional submissions it wishes to receive.

Dated: July 19, 2011

Respectfully submitted,

ACE INA HOLDINGS, INC., AUTO-OWNERS INSURANCE CO., COMPANION PROPERTY & CASUALTY INS. CO., FIRSTCOMP INSURANCE CO., THE HARTFORD FINANCIAL SERVICES GROUP, INC., TECHNOLOGY INSURANCE CO., and THE TRAVELERS INDEMNITY COMPANY

By /s/ Frederic R. Klein
    One of Their Attorneys

Frederic R. Klein
William C. Meyers
Kerry D. Nelson
Nury R. Agudo
GOLDBERG KOHN LTD.
55 East Monroe Street, Suite 3300
Chicago, Illinois 60603
(312) 201-4000

Respectfully submitted,

AMERICAN INTERNATIONAL GROUP, INC., <u>et al.</u>,

By <u>/s/ Stephen Novack</u>
      One of Their Attorneys

Stephen Novack
Andrew D. Campbell
Rebekah H. Parker
NOVACK AND MACEY LLP
100 North Riverside Plaza
Chicago, IL 60606
(312) 419-6900

Michael B. Carlinsky
Kevin S. Reed
Jennifer J. Barrett
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue
22nd Floor
New York, NY 10010
(212) 849-7000

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on July 19, 2011, he caused a true and correct copy of **Settlement Class Plaintiffs' and AIG's Joint Opposition to Liberty Mutual's Motion to Supplement the Record** to be served upon the parties of record via the Court's ECF/electronic mailing system.

/s/ Frederic R. Klein