UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| AMERICAN INTERNATIONAL GROUP, INC., et al., | ) ) ) ) | Case No. 07 CV 2898 |
| Plaintiffs, | ) ) | Judge Robert W. Gettleman |
| v. | ) ) | Magistrate Judge Sidney I. Schenkier |
| ACE INA HOLDINGS, INC., et al., | ) ) ) | |
| Defendants. | ) ) | |
| LIBERTY MUTUAL INSURANCE COMPANY, et al., | ) ) ) ) | |
| Counter-Claimants, | ) ) | |
| v. | ) ) | |
| AMERICAN INTERNATIONAL GROUP, INC., et al., | ) ) ) | |
| Counter-Defendants. | ) ) | |
| SAFECO INSURANCE COMPANY OF AMERICA, et al., | ) ) ) | Case No. 09 CV 2026 |
| | ) ) | Judge Robert W. Gettleman |
| Plaintiffs, | ) ) | Magistrate Judge Sidney I. Schenkier |
| v. | ) ) | |
| AMERICAN INTERNATIONAL GROUP, INC., et al., | ) ) ) | |
| Defendants. | ) ) ) | |

**NOTICE OF FILING**

TO:   All Parties of Record (ECF Filing)

PLEASE TAKE NOTICE that on July 29, 2011, AIG caused to be filed copies of: (a) long and short form class settlement notices, jointly proposed by AIG and Settlement Class Plaintiffs; (b) redlines of those documents against the proposed notices that AIG and Settlement Class Representatives submitted to the Court on June 14, 2011 (D.E. # 400); (c) Individual Company Supplement to the long-form notice; and (d) a letter to Judge Gettleman regarding such notices.

                AMERICAN INTERNATIONAL GROUP, INC., et al.,

                By:    /s/ Rebekah H. Parker
                        One of Their Attorneys

Stephen Novack
P. Andrew Fleming
Andrew D. Campbell
Rebekah H. Parker
NOVACK AND MACEY LLP
100 North Riverside Plaza
Chicago, IL 60606
(312) 419-6900

446298v1

Michael B. Carlinsky
Kevin S. Reed
Jennifer J. Barrett
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue
22nd Floor
New York, NY 10010
(212) 849-7000

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that she served a copy of the foregoing **Notice of Filing** by causing copies to be sent by U.S. District Court CM/ECF e-filing system on the 29th day of July, 2011.

/s/ Rebekah H. Parker