**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2**
**Eastern Division**

Safeco Insurance Company of America, et al.

                                           Plaintiff,

v.                                                Case No.: 1:09−cv−02026

                                               Honorable Robert W. Gettleman

American International Group, Inc., et al.

                                           Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, July 25, 2011:

      MINUTE entry before Honorable Robert W. Gettleman: Status hearing and argument held on 7/25/2011. Status hearing set for 8/5/2011 at 10:00 a.m. Mailed notice (gds, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.