UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| AMERICAN INTERNATIONAL GROUP, INC., et al., | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 07 CV 2898 |
| v. | ) ) ) | Judge Robert W. Gettleman |
| ACE INA HOLDINGS, INC., et al., | ) ) ) | |
| Defendants | ) ) | Magistrate Judge Sidney I. Schenkier |
| LIBERTY MUTUAL INSURANCE COMPANY, et al., | ) ) ) ) | |
| Counter-Claimants, | ) ) | |
| v. | ) ) | |
| AMERICAN INTERNATIONAL GROUP, INC., et al., | ) ) ) ) | |
| Counter-Defendants. | ) ) | |
| SAFECO INSURANCE COMPANY OF AMERICA and OHIO CASUALTY INSURANCE COMPANY, individually, and on behalf of a class consisting of members of the National Workers Compensation Reinsurance Pool, | ) ) ) ) ) ) ) ) | Case No. 09 CV 2026 Judge Robert W. Gettleman |
| Plaintiff, | ) ) | Magistrate Judge Sidney I. Schenkier |
| v. | ) ) | |
| AMERICAN INTERNATIONAL GROUP, INC., et al., | ) ) ) | |
| Defendants. | ) ) | |

**NOTICE OF MOTION**

To: All Counsel of Record

**PLEASE TAKE NOTICE** that on Friday, August 5, 2011, at 10:00 a.m., we shall appear before the Honorable Robert W. Gettleman or any judge sitting in his stead in Room 1703 of the United States District Courthouse, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present the **ORIGINAL CLASS PLAINTIFFS' MOTION TO STAY DISSEMINATION OF CLASS NOTICES**, a copy of which is hereby served upon you.

Dated: August 2, 2011

Respectfully submitted,

SAFECO INSURANCE COMPANY OF AMERICA and OHIO CASUALTY INSURANCE COMPANY

By: s/ Michael A. Walsh
One of Its Attorneys

Michael A. Walsh (admitted *pro hac vice*)
Allison D. Burroughs (admitted *pro hac vice*)
NUTTER, MCCLENNEN & FISH, LLP
155 Seaport Boulevard
Boston, MA 02110
Telephone: (617) 439-2000
Mwalsh@nutter.com

Gary M. Elden
Gary M. Miller
Matthew O. Sitzer
GRIPPO & ELDEN LLC
111 South Wacker Drive
Chicago, IL 60606
(312) 704-7701

# CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that he served a copy of the foregoing **NOTICE OF MOTION** by causing copies thereof to be sent by U.S. District Court CM/ECF e-filing system on the 2nd day of August, 2011.

                                              s/ Michael A. Walsh
                                              Michael A. Walsh

1907828.1