**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| AMERICAN INTERNATIONAL GROUP, INC., et al., | ) ) ) | |
| Plaintiffs, | ) | No. 07 CV 2898 |
| vs. | ) ) | District Judge Robert W. Gettleman |
| ACE INA HOLDINGS, INC., et al., | ) ) | Magistrate Judge Sidney I. Schenkier |
| Defendants. | ) ) | |

| | | |
|---|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA, et al., individually and on behalf of a class consisting of members of the National Workers Compensation Reinsurance Pool, | ) ) ) ) ) | No. 09 CV 2026 |
| | ) ) | District Judge Robert W. Gettleman |
| Plaintiffs, | ) ) | Magistrate Judge Sidney I. Schenkier |
| vs. | ) ) | |
| AMERICAN INTERNATIONAL GROUP, INC., et al., | ) ) ) | |
| Defendants. | ) ) | |

## NOTICE OF FILING

TO:     All Parties of Record (ECF Filing)

PLEASE TAKE NOTICE that on August 4, 2011, we filed with the United States District Court for the Northern District of Illinois the fully executed **FIRST AMENDMENT TO SETTLEMENT AGREEMENT** (reflecting NCCI's signature as well as the signatures which appeared on the July 28, 2011 filing), a copy of which is attached hereto.

DATED: August 4, 2011

Respectfully submitted,

ACE INA HOLDINGS, INC., AUTO-
OWNERS INSURANCE CO., COMPANION
PROPERTY & CASUALTY INS. CO.,
FIRSTCOMP INSURANCE CO., THE
HARTFORD FINANCIAL SERVICES
GROUP, INC., TECHNOLOGY INSURANCE
CO., and THE TRAVELERS INDEMNITY
COMPANY

By    /s/ Frederic R. Klein
        One of Their Attorneys

Frederic R. Klein
William C. Meyers
Kerry D. Nelson
Nury R. Agudo
GOLDBERG KOHN LTD.
55 East Monroe Street, Suite 3300
Chicago, IL  60603
(312) 201-4000

AMERICAN INTERNATIONAL GROUP,
INC., et al.,

By  /s/ Stephen Novack
        One of Their Attorneys

Stephen Novack
Andrew D. Campbell
Rebekah H. Parker
NOVACK AND MACEY LLP
100 North Riverside Plaza
Chicago, IL 60606
(312) 419-6900

Michael B. Carlinsky
Kevin S. Reed
Jennifer J. Barrett
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
51 Madison Avenue
22nd Floor
New York, NY 10010
(212) 849-7000

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on August 4, 2011, he caused a true and correct copy of the fully executed **FIRST AMENDMENT TO SETTLEMENT AGREEMENT** to be served upon the parties of record via the Court's ECF/electronic mailing system.

/s/ Frederic R. Klein

## FIRST AMENDMENT TO SETTLEMENT AGREEMENT

WHEREAS, the undersigned parties executed a Settlement Agreement dated January 28, 2011 (the "Original Settlement Agreement"), filed with the United States District Court for the Northern District of Illinois as D.E. 332 in Case No. 09 CV 2026 (the "Case");

WHEREAS, all capitalized terms used herein but not defined shall have the meanings given to such terms in the Original Settlement Agreement;

WHEREAS, the undersigned parties have taken into account the remarks made by the Court during the June 21, 2011 and July 25, 2011 hearings in the Case;

WHEREAS, the undersigned parties wish to amend the Original Settlement Agreement as follows to address the Court's remarks made on June 21, 2011 and July 25, 2011, and to correct minor typographical errors;

WHEREAS, except as expressly stated herein, all other aspects of the Original Settlement Agreement remain in place and unchanged;

NOW, THEREFORE, IT IS HEREBY AGREED by the undersigned parties as follows:

1. Section I.A.23 is amended so that "bsut" is deleted and replaced by "but".

2. Section VI.A. is amended to delete the words "no later than fifteen (15) days", which are replaced by "no later than thirty (30) days".

3. Section VII.A is amended to delete the words "no later than fifteen (15) days", which are replaced by "no later than thirty (30) days".

4.       Section VII.B is amended to delete the following words: "shall provide evidence of the objector's membership in the Settlement Class and".

5.       Section VII.C is amended to delete the words "no later than fifteen (15) days", which are replaced by "no later than thirty (30) days".

6.       Section VIII.A.1 is amended so that "NWCRP Releases" is deleted and replaced by "NWCRP Releasees".

<u>Counterparts</u>: This amendment may be signed in counterparts, each of which shall constitute a duplicate original. Execution by facsimile or by an electronically transmitted signature shall be fully and legally binding on a Settling Party.

Agreed to this 26th day of July, 2011

_Brian E. Dowd / frk_
_____
Brian E. Dowd
President
*On Behalf of ACE INA Holdings, Inc.*


_____
Kenneth Schroeder
Senior Vice President
*On Behalf of Auto-Owners Insurance Co.*


_____
Jennifer Thorne
Chief Financial Officer
*On Behalf of Companion Property & Casualty Insurance Co.*


_____
Stephen Letak
Chief Financial Officer
*On Behalf of FirstComp Insurance Co.*


_____
Joseph M. Treacy
Assistant Vice President Workers Compensation Industry Affairs
*On Behalf of The Hartford Financial Services Group, Inc.*


_____
Stephen Ungar
General Counsel
*On Behalf of Technology Insurance Co.*

Agreed to this **25** day of **July**, 2011

_____    _____

Brian E. Dowd
President
_On Behalf of ACE INA Holdings, Inc._

_____    _____

Kenneth Schroeder
Senior Vice President
_On Behalf of Auto-Owners Insurance Co._

_____    _____

Charles M. Potok
President
_On Behalf of Companion Property & Casualty Insurance Co._

_____    _____

Stephen Letak
Chief Financial Officer
_On Behalf of FirstComp Insurance Co._

_____    _____

Joseph M. Treacy
Assistant Vice President Workers Compensation Industry Affairs
_On Behalf of The Hartford Financial Services Group, Inc._

_____    _____

Stephen Ungar
General Counsel
_On Behalf of Technology Insurance Co._

-3-

Agreed to this _____ day of _____, 2011

_____
Brian E. Dowd
President
*On Behalf of ACE INA Holdings, Inc.*


_____
Kenneth Schroeder
Senior Vice President
*On Behalf of Auto-Owners Insurance Co.*

_____
Jennifer Thorne
Chief Financial Officer
*On Behalf of Companion Property & Casualty Insurance Co.*


_____
Stephen Letak
Chief Financial Officer
*On Behalf of FirstComp Insurance Co.*


_____
Joseph M. Treacy
Assistant Vice President Workers Compensation Industry Affairs
*On Behalf of The Hartford Financial Services Group, Inc.*


_____
Stephen Ungar
General Counsel
*On Behalf of Technology Insurance Co.*

-3-

Agreed to this ____ day of _____, 2011

_____
Brian E. Dowd
President
*On Behalf of ACE INA Holdings, Inc.*


_____
Kenneth Schroeder
Senior Vice President
*On Behalf of Auto-Owners Insurance Co.*


_____
Charles M. Potok
President
*On Behalf of Companion Property & Casualty Insurance Co.*


_____
Stephen Letak
Chief Financial Officer
*On Behalf of FirstComp Insurance Co.*


_____
Joseph M. Treacy
Assistant Vice President Workers Compensation Industry Affairs
*On Behalf of The Hartford Financial Services Group, Inc.*


_____
Stephen Ungar
General Counsel
*On Behalf of Technology Insurance Co.*

Agreed to this ____ day of _____, 2011

_____
Brian E. Dowd
President
*On Behalf of ACE INA Holdings, Inc.*

_____
Kenneth Schroeder
Senior Vice President
*On Behalf of Auto-Owners Insurance Co.*

_____
Charles M. Potok
President
*On Behalf of Companion Property & Casualty Insurance Co.*

_____
Stephen Letak
Chief Financial Officer
*On Behalf of FirstComp Insurance Co.*

_____
~~Joseph M. Treacy~~   David C. Robinson
~~Assistant Vice President Workers Compensation Industry Affairs~~ Senior Vice President, Director of Corporate Law
*On Behalf of The Hartford Financial Services Group, Inc.*

_____
Stephen Ungar
General Counsel
*On Behalf of Technology Insurance Co.*

-3-

Agreed to this _____ day of _____, 2011

_____

Brian E. Dowd
President
*On Behalf of ACE INA Holdings, Inc.*


_____

Kenneth Schroeder
Senior Vice President
*On Behalf of Auto-Owners Insurance Co.*


_____

Charles M. Potok
President
*On Behalf of Companion Property & Casualty Insurance Co.*


_____

Stephen Letak
Chief Financial Officer
*On Behalf of FirstComp Insurance Co.*


_____

Joseph M. Treacy
Assistant Vice President Workers Compensation Industry Affairs
*On Behalf of The Hartford Financial Services Group, Inc.*


_____

Stephen Ungar
General Counsel
*On Behalf of Technology Insurance Co.*

-3-

Kenneth F. Spence III
Executive Vice President, General Counsel
*On Behalf of The Travelers Indemnity Company*

Jeffrey A. Welikson
Vice President, Corporate Secretary and Deputy General Counsel
*On Behalf of American International Group, Inc.*

Robert S. Schimek
Executive Vice President
*On Behalf of AIG Casualty Company f/k/a Birmingham Fire
Insurance Company of Pennsylvania n/k/a Chartis Property Casualty
Company; AIU Insurance Company; American Home Assurance
Company; American International South Insurance Company f/k/a
American Global Insurance Company n/k/a Chartis Casualty
Company; American International Specialty Lines Insurance
Company f/k/a Alaska Insurance Company n/k/a Chartis Specialty
Insurance Company; Commerce and Industry Insurance Company;
Granite State Insurance Company; Illinois National Insurance Co.;
The Insurance Company of the State of Pennsylvania; National Union
Fire Insurance Company of Pittsburgh, Pa.; and New Hampshire
Insurance Company*

Ronald Veltman
Assistant Secretary
*On Behalf of American International Pacific Insurance Company
f/k/a American Fidelity Company n/k/a 21st Century Pacific
Insurance company, and New Hampshire Indemnity Company n/k/a
21st Century Security Insurance Company*

William Malphurs
Chair of the Board of Governors
*On Behalf of the National Workers Compensation Reinsurance Pool*

-4-

Kenneth F. Spence III
Executive Vice President, General Counsel
*On Behalf of The Travelers Indemnity Company*


*Jeffrey A. Welikson*

Jeffrey A. Welikson
Vice President, Corporate Secretary and Deputy General Counsel
*On Behalf of American International Group, Inc.*



Robert S. Schimek
Executive Vice President
*On Behalf of AIG Casualty Company f/k/a Birmingham Fire*
*Insurance Company of Pennsylvania n/k/a Chartis Property Casualty*
*Company; AIU Insurance Company; American Home Assurance*
*Company; American International South Insurance Company f/k/a*
*American Global Insurance Company n/k/a Chartis Casualty*
*Company; American International Specialty Lines Insurance*
*Company f/k/a Alaska Insurance Company n/k/a Chartis Specialty*
*Insurance Company; Commerce and Industry Insurance Company;*
*Granite State Insurance Company; Illinois National Insurance Co.;*
*The Insurance Company of the State of Pennsylvania; National Union*
*Fire Insurance Company of Pittsburgh, Pa.; and New Hampshire*
*Insurance Company*



Ronald Veltman
Assistant Secretary
*On Behalf of American International Pacific Insurance Company*
*f/k/a American Fidelity Company n/k/a 21st Century Pacific*
*Insurance company, and New Hampshire Indemnity Company n/k/a*
*21st Century Security Insurance Company*



William Malphurs
Chair of the Board of Governors
*On Behalf of the National Workers Compensation Reinsurance Pool*

-4-

Kenneth F. Spence III
Executive Vice President, General Counsel
*On Behalf of The Travelers Indemnity Company*


Jeffrey A. Welikson
Vice President, Corporate Secretary and Deputy General Counsel
*On Behalf of American International Group, Inc.*

Robert S. Schimek
Executive Vice President
*On Behalf of AIG Casualty Company f/k/a Birmingham Fire
Insurance Company of Pennsylvania n/k/a Chartis Property Casualty
Company; AIU Insurance Company; American Home Assurance
Company; American International South Insurance Company f/k/a
American Global Insurance Company n/k/a Chartis Casualty
Company; American International Specialty Lines Insurance
Company f/k/a Alaska Insurance Company n/k/a Chartis Specialty
Insurance Company; Commerce and Industry Insurance Company;
Granite State Insurance Company; Illinois National Insurance Co.;
The Insurance Company of the State of Pennsylvania; National Union
Fire Insurance Company of Pittsburgh, Pa.; and New Hampshire
Insurance Company*


Ronald Veltman
Assistant Secretary
*On Behalf of American International Pacific Insurance Company
f/k/a American Fidelity Company n/k/a 21st Century Pacific
Insurance company, and New Hampshire Indemnity Company n/k/a
21st Century Security Insurance Company*


William Malphurs
Chair of the Board of Governors
*On Behalf of the National Workers Compensation Reinsurance Pool*

-4-

Kenneth F. Spence III
Executive Vice President, General Counsel
*On Behalf of The Travelers Indemnity Company*


Jeffrey A. Welikson
Vice President, Corporate Secretary and Deputy General Counsel
*On Behalf of American International Group, Inc.*


Robert S. Schimek
Executive Vice President
*On Behalf of AIG Casualty Company f/k/a Birmingham Fire
Insurance Company of Pennsylvania n/k/a Chartis Property Casualty
Company; AIU Insurance Company; American Home Assurance
Company; American International South Insurance Company f/k/a
American Global Insurance Company n/k/a Chartis Casualty
Company; American International Specialty Lines Insurance
Company f/k/a Alaska Insurance Company n/k/a Chartis Specialty
Insurance Company; Commerce and Industry Insurance Company;
Granite State Insurance Company; Illinois National Insurance Co.;
The Insurance Company of the State of Pennsylvania; National Union
Fire Insurance Company of Pittsburgh, Pa.; and New Hampshire
Insurance Company*

Edwin Burgos
Assistant Secretary
*On Behalf of American International Pacific Insurance Company
f/k/a American Fidelity Company n/k/a 21st Century Pacific
Insurance company, and New Hampshire Indemnity Company n/k/a
21st Century Security Insurance Company*


William Malphurs
Chair of the Board of Governors
*On Behalf of the National Workers Compensation Reinsurance Pool*

Kenneth F. Spence III
Executive Vice President, General Counsel
*On Behalf of The Travelers Indemnity Company*

Jeffrey A. Welikson
Vice President, Corporate Secretary and Deputy General Counsel
*On Behalf of American International Group, Inc.*

Robert S. Schimek
Executive Vice President
*On Behalf of AIG Casualty Company f/k/a Birmingham Fire
Insurance Company of Pennsylvania n/k/a Chartis Property Casualty
Company; AIU Insurance Company; American Home Assurance
Company; American International South Insurance Company f/k/a
American Global Insurance Company n/k/a Chartis Casualty
Company; American International Specialty Lines Insurance
Company f/k/a Alaska Insurance Company n/k/a Chartis Specialty
Insurance Company; Commerce and Industry Insurance Company;
Granite State Insurance Company; Illinois National Insurance Co.;
The Insurance Company of the State of Pennsylvania; National Union
Fire Insurance Company of Pittsburgh, Pa.; and New Hampshire
Insurance Company*

Ronald Veltman
Assistant Secretary
*On Behalf of American International Pacific Insurance Company
f/k/a American Fidelity Company n/k/a 21st Century Pacific
Insurance company, and New Hampshire Indemnity Company n/k/a
21st Century Security Insurance Company*

William Malphurs
Chair of the Board of Governors
*On Behalf of the National Workers Compensation Reinsurance Pool*

-4-

Terrence P. Delehanty
General Counsel and Chief Legal Officer
*On Behalf of National Council on Compensation Insurance, Inc.*