IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AMERICAN INTERNATIONAL GROUP, INC., et al., <br><br> Plaintiffs, <br><br> vs. <br><br> ACE INA HOLDINGS, INC., et al., <br><br> Defendants. | No. 07 CV 2898 <br><br> District Judge Robert W. Gettleman <br><br> Magistrate Judge Sidney I. Schenkier |
| SAFECO INSURANCE COMPANY OF AMERICA, et al., individually and on behalf of a class consisting of members of the National Workers Compensation Reinsurance Pool, <br><br> Plaintiffs, <br><br> vs. <br><br> AMERICAN INTERNATIONAL GROUP, INC., et al., <br><br> Defendants. | No. 09 CV 2026 <br><br> District Judge Robert W. Gettleman <br><br> Magistrate Judge Sidney I. Schenkier |

## NOTICE OF FILING

TO: All Parties of Record (ECF Filing)

      PLEASE TAKE NOTICE that on August 4, 2011, we filed with the United States District Court for the Northern District of Illinois the **JOINT OPPOSITION TO OBJECTORS' MOTION TO STAY DISSEMINATION OF CLASS NOTICES**, a copy of which is attached hereto.

DATED: August 4, 2011

Respectfully submitted,

| | |
|---|---|
| ACE INA HOLDINGS, INC., AUTO-OWNERS INSURANCE CO., COMPANION PROPERTY & CASUALTY INS. CO., FIRSTCOMP INSURANCE CO., THE HARTFORD FINANCIAL SERVICES GROUP, INC., TECHNOLOGY INSURANCE CO., and THE TRAVELERS INDEMNITY COMPANY | AMERICAN INTERNATIONAL GROUP, INC., et al., |
| By /s/ Frederic R. Klein<br>One of Their Attorneys | By /s/ Stephen Novack<br>One of Their Attorneys |
| Frederic R. Klein<br>William C. Meyers<br>Kerry D. Nelson<br>Nury R. Agudo<br>GOLDBERG KOHN LTD.<br>55 East Monroe Street, Suite 3300<br>Chicago, IL 60603<br>(312) 201-4000 | Stephen Novack<br>Andrew D. Campbell<br>Rebekah H. Parker<br>NOVACK AND MACEY LLP<br>100 North Riverside Plaza<br>Chicago, IL 60606<br>(312) 419-6900<br><br>Michael B. Carlinsky<br>Kevin S. Reed<br>Jennifer J. Barrett<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>51 Madison Avenue<br>22nd Floor<br>New York, NY 10010<br>(212) 849-7000 |

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on August 4, 2011, he caused a true and correct copy of the fully executed **JOINT OPPOSITION TO OBJECTORS' MOTION TO STAY DISSEMINATION OF CLASS NOTICES** to be served upon the parties of record via the Court's ECF/electronic mailing system.

/s/ Frederic R. Klein