UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| AMERICAN INTERNATIONAL GROUP, INC., et al., | ) ) ) ) | Case No. 07 CV 2898 |
| Plaintiffs, | ) ) | Judge Robert W. Gettleman |
| v. | ) ) | Magistrate Judge Sidney I. Schenkier |
| ACE INA HOLDINGS, INC., et al., | ) ) ) | |
| Defendants. | ) ) ) | |
| LIBERTY MUTUAL INSURANCE COMPANY, et al., | ) ) ) ) | |
| Counter-Claimants, | ) ) | |
| v. | ) ) | |
| AMERICAN INTERNATIONAL GROUP, INC., et al., | ) ) ) ) | |
| Counter-Defendants. | ) ) | |
| SAFECO INSURANCE COMPANY OF AMERICA, et al., | ) ) ) | Case No. 09 CV 2026 |
| | ) ) | Judge Robert W. Gettleman |
| Plaintiffs, | ) ) | Magistrate Judge Sidney I. Schenkier |
| v. | ) ) | |
| AMERICAN INTERNATIONAL GROUP, INC., et al., | ) ) ) ) | |
| Defendants. | ) ) | |

**NOTICE OF FILING**

TO:   All Parties of Record (ECF Filing)

PLEASE TAKE NOTICE that on August 4, 2011, AIG caused to be filed a Proposed Schedule Setting Timeline through Final Fairness Hearing.

                                          AMERICAN INTERNATIONAL GROUP, INC., et al.,

                                          By:   /s/ Stephen Novack
                                                 One of Their Attorneys

Stephen Novack
P. Andrew Fleming
Andrew D. Campbell
Rebekah H. Parker
NOVACK AND MACEY LLP
100 North Riverside Plaza
Chicago, IL 60606
(312) 419-6900

447689v1

Michael B. Carlinsky
Kevin S. Reed
Jennifer J. Barrett
QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
51 Madison Avenue
22nd Floor
New York, NY 10010
(212) 849-7000

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that she served a copy of the foregoing **Notice of Filing** by causing copies to be sent by U.S. District Court CM/ECF e-filing system on the 4th day of August, 2011.

By: /s/ Stephen Novack

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| AMERICAN INTERNATIONAL GROUP, INC., et al., | ) ) ) | Case No. 07 CV 2898 |
| Plaintiffs, | ) ) | Judge Robert W. Gettleman |
| v. | ) ) | Magistrate Judge Sidney I. Schenkier |
| ACE INA HOLDINGS, INC., et al., | ) ) ) | |
| Defendants. | ) ) | |
| LIBERTY MUTUAL INSURANCE COMPANY, et al., | ) ) ) ) | |
| Counter-Claimants, | ) ) | |
| v. | ) ) | |
| AMERICAN INTERNATIONAL GROUP, INC., et al., | ) ) ) ) | |
| Counter-Defendants. | ) ) | |
| SAFECO INSURANCE COMPANY OF AMERICA, and OHIO CASUALTY INSURANCE COMPANY, individually and on behalf of a class consisting of members of the National Workers Compensation Reinsurance Pool, | ) ) ) ) ) ) ) | Case No. 09 CV 2026<br><br>Judge Robert W. Gettleman<br><br>Magistrate Judge Sidney I. Schenkier |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| AMERICAN INTERNATIONAL GROUP, INC., et al., | ) ) ) | |
| Defendants. | ) ) | |

**PROPOSED SCHEDULE SETTING TIMELINE**
**THROUGH FINAL FAIRNESS HEARING**

Settlement Class Plaintiffs ACE, Auto-Owners, Companion, FirstComp, Hartford, Technology, and Travelers ("Settlement Class Plaintiffs'"), and Defendant American International Group, Inc., and its present and former subsidiaries and affiliates named as parties herein (collectively referred to as "AIG"), by their respective undersigned counsel, respectfully submit the following proposed schedule through the Final Fairness Hearing:

| Settlement Event | Deadline |
|---|---|
| Written Notice mailed to the Class | August 19, 2011 |
| Approximate date for Summary Notice | On or about September 6, 2011 |
| Statements of Objection, Notice of Appearance of Counsel, and Notice of Intention to Appear at Fairness Hearing served and filed with the Court | October 3, 2011 |
| Final Fairness Hearing | November 14, 2011 |

Respectfully submitted,

ACE INA HOLDINGS, INC., AUTO-OWNERS INSURANCE CO., COMPANION PROPERTY & CASUALTY INS. CO., FIRSTCOMP INSURANCE CO., THE HARTFORD FINANCIAL SERVICES GROUP, INC., TECHNOLOGY INSURANCE CO., and THE TRAVELERS INDEMNITY COMPANY

By: /s/ Frederic R. Klein
One of Their Attorneys

Frederic R. Klein
William C. Meyers
Kerry D. Nelson
Nury R. Agudo
GOLDBERG KOHN LTD.
55 East Monroe Street, Suite 3300
Chicago, Illinois 60603
(312) 201-4000

Respectfully submitted,

AMERICAN INTERNATIONAL GROUP, INC., et al.

By: /s/ Stephen Novack
One of Their Attorneys

Stephen Novack
P. Andrew Fleming
Andrew D. Campbell
Rebekah H. Parker
NOVACK AND MACEY LLP
100 North Riverside Plaza
Chicago, IL 60606
(312) 419-6900

Michael B. Carlinsky
Kevin S. Reed
Jennifer J. Barrett
QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
51 Madison Avenue
22nd Floor
New York, NY 10010
(212) 849-7000

## **SCHEDULE**

The Proposed Schedule Setting Settlement Timeline through Final Fairness Hearing is hereby adopted by the Court. The Court adopts the following schedule:

| **Settlement Event** | **Deadline** |
|---|---|
| Written Notice mailed to the Class | August 19, 2011 |
| Approximate date for Summary Notice | On or about September 6, 2011 |
| Statements of Objection, Notice of Appearance of Counsel, Notice of Intention to Appear at Fairness Hearing served and filed with the Court | October 3, 2011 |
| Final Fairness Hearing | November 14, 2011 |

Dated: August __, 2011

_____
THE HON. ROBERT W. GETTLEMAN
United States District Judge

4

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that a copy of the foregoing **PROPOSED SCHEDULE SETTING TIMELINE THROUGH FINAL FAIRNESS HEARING** was served upon all counsel of record in this action via the U.S. District Court CM/ECF e-filing system on August 4, 2011.

    /s/ Stephen Novack