**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2**
**Eastern Division**

Safeco Insurance Company of America, et
al.

                    Plaintiff,

v.                                    Case No.: 1:09−cv−02026
                                    Honorable Robert W. Gettleman

American International Group, Inc., et al.

                    Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 5, 2011:

       MINUTE entry before Honorable Robert W. Gettleman: Status hearing held on
8/5/2011. Plaintiffs' motion to stay [429] dissemination of class of notices is denied. The
proposed escrow agreement for settlement payments [433] is approved. Fairness hearing
is set for 11/29/2011 at 10:00 a.m. Status hearing is set for 10/11/2011 at 10:30 a.m.
mailed notice (gds, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.