IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| AMERICAN INTERNATIONAL GROUP, INC., ET AL., | ) ) ) | |
| Plaintiffs, | ) ) | No. 07 C 2898 |
| v. | ) ) | |
| | ) | Judge Robert W. Gettleman |
| ACE INA HOLDINGS, INC., ET AL., | ) ) | |
| Defendants. | ) ) | |
| | ) ) | |
| SAFECO INSURANCE COMPANY OF AMERICA, et al., individually and on behalf of a class consisting of members of the National Workers Compensation Reinsurance Pool, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | No. 09 C 2026 |
| v. | ) ) | Judge Robert W. Gettleman |
| AMERICAN INTERNATIONAL GROUP, INC., ET AL., | ) ) ) ) | |
| Defendants. | ) | |

**ORDER**

This matter came before the court for a hearing on pending matters. For the reasons stated on the record, it is hereby ordered:

1. Original Class Plaintiffs' motion to stay dissemination of class of notices (Doc. 429) is denied.

2. The court generally approves Settlement Class Plaintiffs' proposed notices and overrules the Original Class Plaintiffs' objections thereto, subject to the comments by the court this date. The Settlement Class Plaintiffs are directed to

       revise the class notices as directed in open court and to submit them for final approval on or before August 8, 2011.

3. The court approves the Proposed Findings and Order Certifying a Settlement Class and Preliminarily Approving Proposed Settlement (Doc. 422), subject to the changes directed by the court this date. Counsel for the Settlement Class Plaintiffs are directed to make the revisions stated in open court and to submit a conforming order by the end of business today. The court will enter that order by August 8, 2011, if not today.

4. The time schedule proposed by the Settlement Class Plaintiffs is approved, except that the fairness hearing will be conducted on November 29, 2011, at 10:00 a.m. Accordingly, the written notice is to be mailed to the class by August 19, 2011, the summary notice shall be disseminated by September 6, 2011, objections, notices of appearance of counsel, notices of intention to appear at the fairness hearing, and opt-outs shall be filed by October 3, 2011. In addition, the court will hold a status hearing on October 11, 2011, at 10:30 a.m. for a report on objections, opt-outs and other matters known to counsel by that date. Counsel for the Settlement Class Plaintiffs are directed to provide to the court a brief written status report on or before October 7, 2011, dealing with these matters.

5. The amendments to the settlement agreements tendered by counsel for the Settlement Class Plaintiffs (doc. 430) is approved.

6. The proposed escrow agreement for settlement payments (Doc. 433) is approved.


**ENTER:** **August 5, 2011**

_____
**Robert W. Gettleman
United States District Judge**