**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2**
**Eastern Division**

Safeco Insurance Company of America, et al.

                          Plaintiff,

v.                                Case No.: 1:09−cv−02026
                                        Honorable Robert W. Gettleman

American International Group, Inc., et al.

                          Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Friday, August 5, 2011:

      MINUTE entry before Honorable Robert W. Gettleman: Enter findings and order certifying settlement class and preliminarily approving proposed settlement. mailed notice (gds, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.