# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| AMERICAN INTERNATIONAL GROUP, INC., et al., | ) ) ) | |
| Plaintiffs, | ) ) | No. 07 CV 2898 |
| vs. | ) ) | District Judge Robert W. Gettleman |
| ACE INA HOLDINGS, INC., et al., | ) ) | Magistrate Judge Sidney I. Schenkier |
| Defendants. | ) ) | |
| | | |
| SAFECO INSURANCE COMPANY OF AMERICA, et al., individually and on behalf of a class consisting of members of the National Workers Compensation Reinsurance Pool, | ) ) ) ) ) ) | No. 09 CV 2026 |
| | ) ) | District Judge Robert W. Gettleman |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Magistrate Judge Sidney I. Schenkier |
| AMERICAN INTERNATIONAL GROUP, INC., et al., | ) ) ) | |
| Defendants. | ) ) | |

## NOTICE OF FILING

TO:    All Parties of Record (ECF Filing)

      PLEASE TAKE NOTICE that on August 10, 2011, we filed with the United States District Court for the Northern District of Illinois the Demonstrative Exhibits which the Settlement Class Plaintiffs tendered to the Court in connection with the hearings of June 21, 2011 and July 25, 2011.

DATED: August 10, 2011

Respectfully submitted,

| | |
|---|---|
| ACE INA HOLDINGS, INC., AUTO-OWNERS INSURANCE CO., COMPANION PROPERTY & CASUALTY INS. CO., FIRSTCOMP INSURANCE CO., THE HARTFORD FINANCIAL SERVICES GROUP, INC., TECHNOLOGY INSURANCE CO., and THE TRAVELERS INDEMNITY COMPANY | AMERICAN INTERNATIONAL GROUP, INC., et al., |
| By  /s/ Frederic R. Klein<br>     One of Their Attorneys | By  /s/ Stephen Novack<br>     One of Their Attorneys |
| Frederic R. Klein<br>William C. Meyers<br>Kerry D. Nelson<br>Nury R. Agudo<br>GOLDBERG KOHN LTD.<br>55 East Monroe Street, Suite 3300<br>Chicago, IL  60603<br>(312) 201-4000 | Stephen Novack<br>Andrew D. Campbell<br>Rebekah H. Parker<br>NOVACK AND MACEY LLP<br>100 North Riverside Plaza<br>Chicago, IL 60606<br>(312) 419-6900<br><br>Michael B. Carlinsky<br>Kevin S. Reed<br>Jennifer J. Barrett<br>QUINN EMANUEL URQUHART<br>& SULLIVAN, LLP<br>51 Madison Avenue<br>22nd Floor<br>New York, NY 10010<br>(212) 849-7000 |

SAFECO INSURANCE COMPANY OF AMERICA, et al.,
v.
AMERICAN INTERNATIONAL GROUP, INC., et al.,

No. 09 CV 2026

Joint Motion for Class Certification
and Preliminary Approval of Class Action Settlement

Index of Settlement Class Plaintiffs' Demonstrative Exhibits

1. **Settlement Negotiation History**
2. **Chronology of Examiner's Role in Procuring $450M Settlement Offer**
3. **LLBL Presentation:**
   "September 15, 2010 LLBL Board Presentation Analyzes Potential Damages from a Variety of Perspectives"
4. **Settlement Fund Pie Chart:**
   "Prior to Issuance of Notice, Support for and Objections to $450 Million Settlement Fund"
5. **James Morsch's December 31, 2010 Letter referring to "Liberty as class plaintiffs"**
6. **Liberty's April 29, 2011 Press Release:**
   "Liberty Characterizes Safeco and Ohio Casualty As Liberty's Units"
7. **Thomas Russo's September 27, 2010 Letter:**
   "On September 27, 2010, AIG's General Counsel Says $450 Million Offer Is Not Discounted To Reflect Counterclaims"



# Chronology Of Examiner's Role In Procuring $450M Settlement Offer

## 2009

**May 1, 2009**
Meeting of all participants held at Examiner's offices in Boston, MA; settlement proposals are exchanged but positions of AIG and NWCRP remain far apart

**June 25, 2009**
Examiner and some of the Lead State regulators, CEO and general counsel meet with AIG's to encourage AIG to increase its initial settlement offer

**August 11, 2009**
Examiner meets with representatives of AIG and representatives of the NWCRP Board and AIG makes significantly higher cash payment offer ($375M)

**August 20, 2009**
AIG withdraws settlement offer after Court dismisses NCCI complaint

**September 1, 2009**
Examiner writes to counsel for NWCRP Board encouraging settlement discussions to continue

**October 8, 2009**
Examiner writes to Liberty's counsel encouraging settlement discussions to continue

**November 4, 2009**
Examiner shares, at Liberty's direction, Liberty's written preliminary damages position with AIG

**November 5, 2009**
Examiner sends a letter to counsel for the NWCRP Board copying Liberty and its counsel, regarding the status of the premium reallocation process that was ongoing since the outset of the AIG Multistate Examination

**November 19, 2009**
Examiner makes a presentation to representatives of the NWCRP Board and Liberty

**December 2, 2009**
Examiner attends the NWCRP Board's quarterly meeting and makes a presentation to the Board regarding his findings related to AIG's underreporting and urges the NWCRP Board to take actions to facilitate settlement

## 2010

**March 3, 2010**
Examiner, certain Lead State regulators, Merlinos, Liberty, Liberty's outside counsel and a NWCRP Board Representative meet in the Examiner's office to discuss the AIG Multistate Examination's premium reallocation methodology and suggestions for further settlement negotiations

**April 6, 2010**
- Examiner holds meeting at his office with Liberty, its outside counsel and experts, representatives of AIG and its counsel and experts, and Vice-Chair of the NWCRP Board
- Liberty presents its position and the position of the NWCRP Board regarding settlement to the AIG representatives

**Spring to Summer**
NWCRP and Liberty encourage the Examiner to initiate new settlement discussions with AIG

**June 22, 2010**
AIG provides Examiner with a draft residual market settlement proposal

**July 7, 2010**
Examiner sends a letter to AIG's general counsel offering comments on AIG's June 22, 2010 proposal

**July 19, 2010**
Examiner and the state insurance regulators encourage AIG during a meeting to proceed per the Examiner's recommendations regarding settlement

**July 19 - 29, 2010**
Examiner and AIG's general counsel speak numerous times

**July 29, 2010**
AIG makes a written settlement proposal to settle the litigation in its entirety for a cash payment of $450M and assumption of outstanding residual market claim liabilities

**August 2, 2010**
Examiner communicates AIG's written offer to counsel for the NWCRP Board and counsel for Liberty

**August 9, 2010**
- Examiner communicates AIG's $500M settlement of the class with AIG at the highest level"
- Thomas Jenkins, on behalf of the NWCRP Board, responds to the Examiner's August 2, 2010 letter requesting a meeting with the Examiner and Russo to further discuss AIG's proposed global resolution

**June 2010 to July 2010**
Examiner continues to meet with AIG to encourage it to make an enhanced settlement offer

**August 20, 2010**
Thomas Russo, CEO and general counsel for AIG, writes to Examiner regarding Liberty's August 9, 2010 letter and reiterating $450M offer

**August 26, 2010**
Meeting takes place among various representatives of the NWCRP Board; LLBL; NWCRP litigation counsel (Schiff); various AIG representatives, including litigation counsel and corporate general counsel; Sean McSweeney, Liberty's in-house counsel; Michael Walsh, as lead litigation counsel for Safeco/Ohio Casualty; and the Examiner to discuss global settlement

**September 21, 2010**
Pursuant to the resolution passed by the Board, Jenkins communicates to the Examiner that AIG's offer to settle the litigation in its entirety for $515M, which letter was authorized by NWCRP Board and Liberty

**September 27, 2010**
Thomas Russo writes to Examiner in response to NWCRP's September 21, 2010 letter and reiterates $450M settlement offer - an offer that accords no value to AIG's counterclaims

**October 6, 2010**
NWCRP and the Examiner meet with AIG in failed attempt to increase AIG's offer from $450M to $515M

# September 15, 2010 LLBL Board Presentation Analyzes Potential Damages From A Variety Of Perspectives



NWCRP/AIG
Review of Litigation Analysis
Board of Governors
September 15, 2010

## Claim Components/Elements of Damage

- Legacy Period Core Damages
- Interest
- Non-Cash Burden (Cash Flow Model)
- Pre-Legacy Period (Before 1985)
- Post-Legacy Period (After 1996)
- Other Divisions (Outside 50 & 55)
- Assumed Reinsurance (No Calculations)

Note: RICO, Punitive, and Disgorgement damage claims are outside of the analysis and will be addressed separately. Areas not estimated by experts are also not included. Impact of state and year allocation is not included.

## Risk Neutral Discounted Value

| Expected Litigation Value | Applying Further Discount Factors | Discounted Value |
|---|---|---|
| 1.405 Billion ("Cost of Capital") | .38 | $534 Million |
| 903 Million (Cash Flow) | .38 | $343 Million |
| Range | | $343-534 Million |
| *Midpoint* | | *$ 439 Million* |

Privileged and Confidential Attorney Client Communication and Work Product

Locke Lord Bissell & Liddell



Prior To Issuance Of Notice, Support For And Objections To $450 Million Settlement Fund

- Absent Class Members $173,752,220 — 38.6%
- Settlement Class Plaintiffs $150,822,780 — 33.5%
- In Favor $176,845,777 — 39.3%
- Arrowood/State Farm $16,295,914 — 3.6%
- Dismissed Board Defendants $9,727,083 — 2.2%
- Opposed $99,402,003 — 22.1%
- Liberty/Safeco/Ohio Casualty

# December 31, 2010 Letter From Liberty's Counsel Refers To Liberty As "Class Plaintiffs"

## BUTLER RUBIN SALTARELLI & BOYD LLP

December 31, 2010

\* \* \* \*

This letter is in further response to your letter dated as of November 30, 2010 regarding Liberty's concerns in respect to your continued representation of NWCRP and NCCI.

For the foregoing reasons, Liberty reiterates that LLBL cannot, in light of its ethical obligations, continue its representation of NWCRP in connection with… **any effort to replace Liberty as class plaintiffs.**

Sincerely,



James A. Morsch

# Liberty Characterizes Safeco And Ohio Casualty As Liberty's Units

**Liberty Mutual Group today announced that its Ohio Casualty and Safeco units** filed their opposition papers to a proposed "settlement" of the class action suit pending against American International Group….

\* \* \*

**The two Liberty Mutual Group units** stepped forward two years ago to make certain that AIG adequately addresses their systemic practice of underreporting workers compensation premium….

# On September 27, 2010, AIG's General Counsel Says $450 Million Offer Is Not Discounted To Reflect Counterclaims

...**we have very strong counterclaims** which are gaining additional support as we proceed through discovery but **which have been accorded no value in AIG's current offer.**

Going from an offer of $375 million to an offer of $450 million, **while at the same time continuing to forego any recovery on our counterclaims,** is more than reasonable.

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that on August 10, 2011, he caused a true and correct copy of the Demonstrative Exhibits which the Settlement Class Plaintiffs tendered to the Court in connection with the hearings of June 21, 2011 and July 25, 2011 to be served upon the parties of record via the Court's ECF/electronic mailing system.

/s/ Frederic R. Klein