**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| AMERICAN INTERNATIONAL GROUP, INC., *et al.*, | ) ) ) | |
| Plaintiffs, | ) | No. 07 CV 2898 |
| vs. | ) ) | District Judge Robert W. Gettleman |
| ACE INA HOLDINGS, INC., *et al.*, | ) ) | Magistrate Judge Sidney I. Schenkier |
| Defendants. | ) | |

| | | |
|---|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA, et al., individually and on behalf of a class consisting of members of the National Workers Compensation Reinsurance Pool, | ) ) ) ) ) | No. 09 CV 2026 |
| | ) | District Judge Robert W. Gettleman |
| Plaintiffs, | ) | |
| vs. | ) | Magistrate Judge Sidney I. Schenkier |
| | ) | |
| AMERICAN INTERNATIONAL GROUP, INC., *et al.*, | ) ) | |
| | ) | |
| Defendants. | ) | |

## AGREED MOTION TO MODIFY SCHEDULING ORDER

Settlement Class Plaintiffs, AIG, Safeco and Ohio Casualty, and Liberty, all by their respective undersigned counsel, respectfully request that this Honorable Court modify Paragraph 11 of the August 5, 2011 "Findings and Order Certifying a Settlement Class and Preliminarily Approving Proposed Settlement" (D.E. 438) ("Scheduling Order"), and in support thereof state as follows:

1.      The Notice of Proposed Class Action Settlement, Settlement Hearing, and Right to Appear ("Notice") disseminated to the class members on August 19, 2011 stated, in part, the following:

(a)     counsel for the Settlement Class Plaintiffs and the class intend to apply for an award of attorneys' fees and costs based on customary hourly rates, plus a possible additional payment of $50,000;

(b)     the Settlement Class Plaintiffs may seek incentive compensation awards of $25,000 each, totaling $175,000 in the aggregate; and

(c)     Safeco, Ohio Casualty, and Liberty Mutual intend to apply for an award of attorneys' fees and costs in excess of $14 million.

(R. 440, Notice at 15.)

2.      Paragraph 11 of the Scheduling Order provided, in relevant part, that "any Settlement Class Member that wishes to object . . . to any proposed award of attorneys' fees or incentive payments" must file with the Court and serve on Class Counsel and AIG's Counsel (as defined in the Notice) statements of objection by October 3, 2011.  The Scheduling Order, however, did not provide for dates by which petitions for attorneys' fees and expenses, and for incentive awards, were to be filed.

3.      Due to this omission, the undersigned parties respectfully request that the Court set a date by which such petitions must be filed, and suggest September 16, 2011. Any such petitions filed with the Court will then be made available on the Class Administrator's website so that class members will have the ability to access this information to inform their decisions whether to file any objections by the October 3, 2011 deadline.  The moving parties believe that this is a fair procedure.  The moving parties further understand that any petitions filed on September 16, 2011, or another date set by the Court, would be interim petitions for attorneys' fees and costs incurred through August 31, 2011, and that supplemental petitions may be filed in the future.

4.      A "Proposed Order Setting Schedule for Filing Petitions for Attorneys' Fees and Expenses and Incentive Payments" is attached hereto as Exhibit A.

WHEREFORE, Settlement Class Plaintiffs, AIG, Safeco and Ohio Casualty, and Liberty all move this Honorable Court to enter an order requiring that any interim or final petitions for attorneys' fees, expenses, and incentive awards be filed by September 16, 2011, and for all other and further relief deemed appropriate by the Court.

Dated: August 29, 2011

<div style="margin-left: 40%;">

Respectfully submitted,

ACE INA HOLDINGS, INC., AUTO-OWNERS INSURANCE CO., COMPANION PROPERTY & CASUALTY INS. CO., FIRSTCOMP INSURANCE CO., THE HARTFORD FINANCIAL SERVICES GROUP, INC., TECHNOLOGY INSURANCE CO., and THE TRAVELERS INDEMNITY COMPANY

By /s/ Frederic R. Klein
      One of Their Attorneys

</div>

Frederic R. Klein
William C. Meyers
Kerry D. Nelson
Nury R. Agudo
GOLDBERG KOHN LTD.
55 East Monroe Street, Suite 3300
Chicago, IL 60603
(312) 201-4000

Respectfully submitted,

AMERICAN INTERNATIONAL GROUP, INC., et al.,

By  /s/ Stephen Novack_____
            One of Their Attorneys

Stephen Novack
Andrew D. Campbell
Rebekah H. Parker
NOVACK AND MACEY LLP
100 North Riverside Plaza
Chicago, IL 60606
(312) 419-6900

Michael B. Carlinsky
Kevin S. Reed
Jennifer J. Barrett
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
51 Madison Avenue
22nd Floor
New York, NY 10010
(212) 849-7000

Respectfully submitted,

SAFECO INSURANCE COMPANY OF
AMERICA & OHIO CASUALTY
INSURANCE COMPANY

By  /s/ Gary M. Miller_____
            One of Their Attorneys

Gary M. Miller
Colin Murphy Seals
Daniel M. Hinkle
Gary M. Elden
Matthew O'Neill Sitzer
GRIPPO & ELDEN
111 South Wacker Drive
Suite 5100
Chicago, IL 60606
(312) 704-7700

Alexa H. O'Keefe
Allison D. Burroughs
Christopher H. Lindstrom
Eric P. Magnuson
Heather B. Repicky
Michael A. Walsh
NUTTER MCCLENNEN & FISH, LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210
(617) 439-2324

Linda S. Mullenix
722 Crystal Creek Drive
Austin, TX 78746
(512) 263-9330

Respectfully submitted,

LIBERTY MUTUAL INSURANCE
COMPANY, LIBERTY MUTUAL FIRE
INSURANCE COMPANY, LIBERTY
INSURANCE CORPORATION, THE
FIRST LIBERTY INSURANCE
CORPORATION, EMPLOYERS
INSURANCE COMPANY OF WAUSAU,
WAUSAU BUSINESS INSURANCE
COMPANY, WAUSAU GENERAL
INSURANCE COMPANY AND
WAUSAU UNDERWRITERS
INSURANCE COMPANY

By  /s/ James I. Rubin_____
         One of Their Attorneys

James I. Rubin
Amy B. Kelley
James A. Morsch
Jason S. Dubner
Mark A. Schwartz
BUTLER RUBIN SALTARELLI & BOYD
LLP
Three First National Plaza
70 West Madison Street
Suite 1800
Chicago, IL 60602
(312) 444-9660

# Exhibit A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| AMERICAN INTERNATIONAL GROUP, INC., *et al.*, | ) ) ) | |
| Plaintiffs, | ) | No. 07 CV 2898 |
| vs. | ) ) | District Judge Robert W. Gettleman |
| ACE INA HOLDINGS, INC., *et al.*, | ) ) | Magistrate Judge Sidney I. Schenkier |
| Defendants. | ) | |

| | | |
|---|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA, et al., individually and on behalf of a class consisting of members of the National Workers Compensation Reinsurance Pool, | ) ) ) ) ) | No. 09 CV 2026 |
| | ) | District Judge Robert W. Gettleman |
| Plaintiffs, | ) | |
| vs. | ) | Magistrate Judge Sidney I. Schenkier |
| AMERICAN INTERNATIONAL GROUP, INC., *et al.*, | ) ) ) ) | |
| Defendants. | ) | |

## PROPOSED ORDER SETTING SCHEDULE FOR FILING PETITIONS FOR ATTORNEYS' FEES AND EXPENSES AND INCENTIVE PAYMENTS

On August 5, 2011, the Court entered its "Findings and Order Certifying a Settlement Class and Preliminarily Approving Proposed Settlement" (D.E. 438) ("Scheduling Order").  Among other things, the Scheduling Order provided that any "Settlement Class Member that wishes to object . . . to any proposed award of attorneys' fees or incentive payments" must file and serve statements of objection by October 3, 2011.  (D.E. 438 at ¶ 11.)

The Court hereby ORDERS that any petitions for attorneys' fees and expenses (interim or final), or incentive payments, shall be filed with the Court and served on or before September 16, 2011.

SO ORDERED this __ day of August, 2011.

_____
HONORABLE ROBERT W. GETTLEMAN
UNITED STATES DISTRICT JUDGE

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned, an attorney, certifies that on August 29, 2011, he caused a true and correct copy of **AGREED MOTION TO MODIFY SCHEDULING ORDER** to be served upon the parties of record via the Court's ECF/electronic mailing system.

/s/Frederic R. Klein