**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| AMERICAN INTERNATIONAL GROUP, INC., *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | No. 07 CV 2898 |
| vs. | ) ) | District Judge Robert W. Gettleman |
| ACE INA HOLDINGS, INC., *et al.*, | ) ) | Magistrate Judge Sidney I. Schenkier |
| Defendants. | ) | |

| | | |
|---|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA, et al., individually and on behalf of a class consisting of members of the National Workers Compensation Reinsurance Pool, | ) ) ) ) | No. 09 CV 2026 |
| Plaintiffs, | ) ) | District Judge Robert W. Gettleman |
| vs. | ) ) | Magistrate Judge Sidney I. Schenkier |
| AMERICAN INTERNATIONAL GROUP, INC., *et al.*, | ) ) ) | |
| Defendants. | ) ) ) | |

## NOTICE OF MOTION

TO:    All Parties of Record (ECF Filing)

PLEASE TAKE NOTICE that on Thursday, September 8, 2011 at 9:15 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Gettleman in Courtroom 1703 of the United States District Court for the Northern District of Illinois, and then and there present **Agreed Motion to Modify Scheduling Order**, a copy of which is attached hereto.

Dated: August 29, 2011

Respectfully submitted,

ACE INA HOLDINGS, INC., AUTO-OWNERS
INSURANCE CO., COMPANION PROPERTY &
CASUALTY INS. CO., FIRSTCOMP INSURANCE
CO., THE HARTFORD FINANCIAL SERVICES
GROUP, INC., TECHNOLOGY INSURANCE CO.,
and THE TRAVELERS INDEMNITY COMPANY

By /s/ Frederic R. Klein
        One of Their Attorneys

Frederic R. Klein
William C. Meyers
Kerry D. Nelson
Nury R. Agudo
GOLDBERG KOHN LTD.
55 East Monroe Street, Suite 3300
Chicago, IL 60603
(312) 201-4000

Respectfully submitted,

AMERICAN INTERNATIONAL GROUP, INC., <u>et al.</u>,

By  /s/ Stephen Novack

       One of Their Attorneys

Stephen Novack
Andrew D. Campbell
Rebekah H. Parker
NOVACK AND MACEY LLP
100 North Riverside Plaza
Chicago, IL 60606
(312) 419-6900

Michael B. Carlinsky
Kevin S. Reed
Jennifer J. Barrett
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
51 Madison Avenue
22nd Floor
New York, NY 10010
(212) 849-7000

Respectfully submitted,

SAFECO INSURANCE COMPANY OF
AMERICA & OHIO CASUALTY
INSURANCE COMPANY

By  /s/ Gary M. Miller

       One of Their Attorneys

Gary M. Miller
Colin Murphy Seals
Daniel M. Hinkle
Gary M. Elden
Matthew O'Neill Sitzer
GRIPPO & ELDEN
111 South Wacker Drive
Suite 5100
Chicago, IL 60606
(312) 704-7700

Alexa H. O'Keefe
Allison D. Burroughs
Christopher H. Lindstrom
Eric P. Magnuson
Heather B. Repicky
Michael A. Walsh
NUTTER MCCLENNEN & FISH, LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210
(617) 439-2324

Linda S. Mullenix
722 Crystal Creek Drive
Austin, TX 78746
(512) 263-9330

Respectfully submitted,

LIBERTY MUTUAL INSURANCE
COMPANY, LIBERTY MUTUAL
FIRE INSURANCE COMPANY,
LIBERTY INSURANCE
CORPORATION, THE FIRST
LIBERTY INSURANCE
CORPORATION, EMPLOYERS
INSURANCE COMPANY OF
WAUSAU, WAUSAU BUSINESS
INSURANCE COMPANY,
WAUSAU GENERAL
INSURANCE COMPANY AND
WAUSAU UNDERWRITERS
INSURANCE COMPANY

By  /s/ James I. Rubin_____
          One of Their Attorneys

James I. Rubin
Amy B. Kelley
James A. Morsch
Jason S. Dubner
Mark A. Schwartz
BUTLER RUBIN SALTARELLI & BOYD
LLP
Three First National Plaza
70 West Madison Street
Suite 1800
Chicago, IL 60602
(312) 444-9660