# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| AMERICAN INTERNATIONAL GROUP, INC., *et al.*, | ) ) ) | |
| Plaintiffs, | ) | No. 07 CV 2898 |
| vs. | ) ) | |
| | ) | District Judge Robert W. Gettleman |
| ACE INA HOLDINGS, INC., *et al.*, | ) ) | |
| | ) | Magistrate Judge Sidney I. Schenkier |
| Defendants. | ) ) | |
| | | |
| SAFECO INSURANCE COMPANY OF AMERICA, *et al.*, individually and on behalf of a class consisting of members of the National Workers Compensation Reinsurance Pool, | ) ) ) ) ) ) | No. 09 CV 2026 |
| | ) | District Judge Robert W. Gettleman |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Magistrate Judge Sidney I. Schenkier |
| AMERICAN INTERNATIONAL GROUP, INC., *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

## NOTICE OF FILING

TO:    All Parties of Record (ECF Filing)

PLEASE TAKE NOTICE that on September 1, 2011, we filed with the United States District Court for the Northern District of Illinois **Settlement Class Plaintiffs' Second Status Report**, a copy of which is attached hereto.

Dated:  September 1, 2011

Respectfully submitted,

ACE INA HOLDINGS, INC., AUTO-OWNERS INSURANCE CO., COMPANION PROPERTY & CASUALTY INS. CO., FIRSTCOMP INSURANCE CO., THE HARTFORD FINANCIAL SERVICES GROUP, INC., TECHNOLOGY INSURANCE CO., and THE TRAVELERS INDEMNITY COMPANY

By   /s/ Frederic R. Klein
       One of Their Attorneys

Frederic R. Klein
William C. Meyers
Kerry D. Nelson
Nury R. Agudo
GOLDBERG KOHN LTD.
55 East Monroe Street, Suite 3300
Chicago, Illinois 60603
(312) 201-4000
DATED: September 1, 2011

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on September 1, 2011, he caused a true and correct copy of the Illinois **Settlement Class Plaintiffs' Second Status Report** to be served upon the parties of record via the Court's ECF/electronic mailing system.

/s/ Frederic R. Klein