# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| AMERICAN INTERNATIONAL GROUP, INC., et al., <br>     Plaintiffs, <br><br> v. <br><br> ACE INA HOLDINGS, INC., et al., <br>     Defendants. | Case No. 07 CV 2898 <br> Judge Robert W. Gettleman <br><br> Magistrate Judge Sidney I. Schenkier |
| LIBERTY MUTUAL INSURANCE COMPANY, et al., <br>     Counter-Claimants, <br><br> v. <br><br> AMERICAN INTERNATIONAL GROUP, INC., et al., <br>     Counter-Defendants. | |
| SAFECO INSURANCE COMPANY OF AMERICA and OHIO CASUALTY INSURANCE COMPANY, individually, and on Behalf of a Class consisting of members of the National Workers Compensation Reinsurance Pool, <br>     Plaintiffs, <br><br> v. <br><br> AMERICAN INTERNATIONAL GROUP, INC., et al., <br>     Defendants. | Case No. 09 CV 2026 <br> Judge Robert W. Gettleman <br><br> Magistrate Judge Sidney I. Schenkier |

**NOTICE OF MOTION**

TO: ALL PARTIES OF RECORD

PLEASE TAKE NOTICE that on Thursday, November 10, 2011, at 10:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Gettleman in Courtroom 1703 of the United States District Court for the Northern District of Illinois, and then and there present **SAFECO, OHIO CASUALTY AND LIBERTY MUTUAL'S RENEWED MOTION FOR ORDER REQUIRING ATTENDANCE OF, AND PERMITTING OBJECTORS TO CALL AND CROSS-EXAMINE, ADVERSE WITNESSES AT THE FAIRNESS HEARING**, a copy of which is served herewith.

Dated: November 3, 2011

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA and OHIO CASUALTY INSURANCE COMPANY | LIBERTY MUTUAL INSURANCE COMPANY, LIBERTY MUTUAL FIRE INSURANCE COMPANY, LIBERTY INSURANCE CORPORATION, THE FIRST LIBERTY INSURANCE CORPORATION, EMPLOYERS INSURANCE COMPANY OF WAUSAU, WAUSAU BUSINESS INSURANCE COMPANY, WAUSAU GENERAL INSURANCE COMPANY AND WAUSAU UNDERWRITERS INSURANCE COMPANY |
| By: /s/ Michael A. Walsh<br>One of Their Attorneys | By: /s/ James A. Morsch<br>One of Their Attorneys |
| Michael A. Walsh (admitted *pro hac vice*)<br>Allison D. Burroughs (admitted *pro hac vice*)<br>NUTTER, McCLENNEN & FISH, LLP<br>155 Seaport Boulevard<br>Boston, MA 02110<br>(617) 439-2775<br>mwalsh@nutter.com<br>aburroughs@nutter.com<br><br>Gary M. Elden<br>Gary M. Miller<br>Matthew O. Sitzer<br>Daniel M. Hinkle<br>Grippo & Elden, LLC<br>111 South Wacker Drive<br>Chicago, Illinois 60606 | James I. Rubin<br>James A. Morsch<br>Jason S. Dubner<br>Mark A. Schwartz<br>Butler Rubin Saltarelli & Boyd LLP<br>70 West Madison Street, Suite 1800<br>Chicago, Illinois 60602<br>(312) 444-9660<br>jrubin@butlerrubin.com<br>jmorsch@butlerrubin.com<br>jdubner@butlerrubin.com<br>mschwartz@butlerrubin.com |

(312) 704-7700
gelden@grippoelden.com
gmiller@grippoelden.com
msitzer@grippoelden.com
dhinkle@grippoelden.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that a copy of the foregoing **NOTICE OF MOTION** was served upon all counsel of record in this action via the U.S. District Court CM/ECF e-filing system on November 3, 2011.

                                    /s/ Michael A. Walsh
                                    Michael A. Walsh

2056782.1