**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| AMERICAN INTERNATIONAL GROUP, INC., et al., | |
| Plaintiffs, | Case No. 07 CV 2898 |
| v. | Judge Robert W. Gettleman |
| ACE INA HOLDINGS, INC., et al., | Magistrate Judge Sidney I. Schenkier |
| Defendants. | |
| LIBERTY MUTUAL INSURANCE COMPANY, et al., | |
| Counter-Claimants, | |
| v. | |
| AMERICAN INTERNATIONAL GROUP, INC., et al., | |
| Counter-Defendants. | |
| SAFECO INSURANCE COMPANY OF AMERICA, et al., | Case No. 09 CV 2026 |
| Plaintiffs, | Judge Robert W. Gettleman |
| v. | Magistrate Judge Sidney I. Schenkier |
| AMERICAN INTERNATIONAL GROUP, INC., et al., | |
| Defendants. | |

**AMENDED NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

TO: **All Counsel of Record
(See Attached Service List)**

PLEASE TAKE NOTICE that on **Thursday, November 10, 2011**, at **9:15 a.m.**, the undersigned shall appear before the Honorable Robert W. Gettleman or any judge sitting in his stead in the courtroom usually occupied by him in the Dirksen Federal Building, 219 South Dearborn Street, Room 1703, Chicago, Illinois, 60604, and shall then and there present the attached ***Liberty Mutual's Motion to Strike the Third Declaration of David Appel***, a copy of which was previously served upon you on November 7, 2011.

## **CERTIFICATE OF SERVICE**

      The undersigned, an attorney, certifies that he served a copy of this notice by causing a copy thereof to be sent by U.S. District Court CM/ECF e-filing system on the 8th day of November, 2011.

DATED:  November 8, 2011          Respectfully submitted,

                                             s/ James A. Morsch
                                         One of the Attorneys for Liberty Mutual Insurance Company, Liberty Mutual Fire Insurance Company, Liberty Insurance Corporation, The First Liberty Insurance Corporation, Employers Insurance Company of Wausau, Wausau Business Insurance Company, Wausau General Insurance Company, and Wausau Underwriters Insurance Company

James I. Rubin (ARDC# 2413191)
James A. Morsch (ARDC# 6209558)
Jason S. Dubner (ARDC# 6257055)
Mark A. Schwartz (ARDC# 6270580)
John David Winters (ARDC # 6278729)
Butler Rubin Saltarelli & Boyd LLP
70 West Madison Street
Suite 1800
Chicago, Illinois 60602
(312) 444-9660