I8Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | **09 C 2026** | **DATE** | **11/14/2011** |
| **CASE TITLE** | Safeco Insurance Co. vs American International Group, Inc. | | |

**DOCKET ENTRY TEXT:**

The Clerk is directed to remove Exhibits 1-2 from document numbers 560 and 561.
Leave is given to plaintiffs to file redacted Exhibits 1-2.

[Docketing to mail notice]

00:00

| | Courtroom Deputy | GDS |
|---|---|---|