# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | **09 C 2026** | **DATE** | **11/10/2011** |
| **CASE TITLE** | Safeco Ins.    vs    A I G | | |

**DOCKET ENTRY TEXT:**

Plaintiffs' motion [528] to file fee and expense petitions is granted. Plaintiffs' motion [537] to file reply and proposed findings of fact is granted. Plaintiffs' and Liberty's motion [541] to strike third supplemental declaration of Leslie is taken under advisement. Plaintiffs' and Liberty's motion [544] to file oversized objections is granted. Liberty's motion [549] to file reply in support of fees is granted. Liberty's motion [552] to file reply in support of objections to settlement is granted. Settlement plaintiffs' motion [533] to file oversized findings of fact is granted. Liberty's motion [554] to strike third declaration of Appel is taken under advisement.

[Docketing to mail notice]

00:20

| | Courtroom Deputy | GDS |
|---|---|---|