IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AMERICAN INTERNATIONAL GROUP, INC., *et al.*, | )<br>)<br>) |
| Plaintiffs, | )No. 07 CV 2898 |
| vs. | )<br>)District Judge Robert W. Gettleman |
| ACE INA HOLDINGS, INC., *et al.*, | )<br>)Magistrate Judge Sidney I. Schenkier |
| Defendants. | )<br> |
| | )<br> |
| SAFECO INSURANCE COMPANY OF AMERICA, et al., individually and on behalf of a class consisting of members of the National Workers Compensation Reinsurance Pool, | )<br>)<br>)<br>)No. 09 CV 2026<br>)<br>)District Judge Robert W. Gettleman<br>) |
| Plaintiffs, | )Magistrate Judge Sidney I. Schenkier |
| vs. | )<br>) |
| AMERICAN INTERNATIONAL GROUP, INC., *et al.*, | )<br>)<br>) |
| Defendants. | ) |

**ORDER ALLOWING INTERIM
DISTRIBUTIONS FROM CLASS FUND**

On August 5, 2011, the Court entered its "Findings and Order Certifying a Settlement Class and Preliminarily Approving Proposed Settlement" (R. 438) ("Scheduling Order"). Among other things, the Scheduling Order provided for the retention of Kurtzman Carson Consultants LLC ("KCC") as Class Administrator (R. 438 at ¶ 9). The Escrow

Agreement (R. 433, 435), further provides that "the Escrow Agent shall be reimbursed for Escrow Expenses" and "Administrative Expenses shall be paid to the [Class] Administrator from the Escrow Account". (R. 433 at ¶ 4(a) and ¶ 4(b).) Additionally, the Court finds that it was appropriate for the Settlement Class Plaintiffs to retain APCO Worldwide, Inc. to assist in the communications with the Class, and that these services and expenses fall within the ambit of "Administrative Expenses" under the Escrow Agreement.

Accordingly, the Court hereby ORDERS that the Escrow Agent should distribute payments at this time from the Class Fund to:

1. KCC, the Class Administrator, in the amount of $50,326.32 (which includes $14,719.00 to be repaid to NCCI for the costs of publication);

2. U.S. Bank, N.A., the Escrow Agent, in the amount of $1,000.00;

3. APCO Worldwide, Inc. in the amount of $52,785.46.

SO ORDERED.

**ENTER:** November 30, 2011

_____
**Robert W. Gettleman
United States District Judge**