IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| AMERICAN INTERNATIONAL GROUP, INC., ET AL., | ) ) ) | |
| Plaintiffs, | ) ) | No. 07 C 2898 |
| v. | ) ) ) | Judge Robert W. Gettleman |
| ACE INA HOLDINGS, INC., ET AL., | ) ) | |
| Defendants. | ) ) | |
| | ) ) | |
| SAFECO INSURANCE COMPANY OF AMERICA, et al., individually and on behalf of a class consisting of members of the National Workers Compensation Reinsurance Pool, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | No. 09 C 2026 |
| v. | ) ) | Judge Robert W. Gettleman |
| AMERICAN INTERNATIONAL GROUP, INC., ET AL., | ) ) ) ) | |
| Defendants. | ) | |

**<u>ORDER</u>**

In connection with the hearing scheduled for 11:00 a.m. on December 21, 2011, concerning the fee petitions filed by Settlement Class Plaintiffs [Dkts. 456, 561, and 578], Safeco Insurance Company of America and Ohio Casualty Insurance Company ("the Objectors") [Dkt. 451], and Liberty Mutual [Dkt. 470], the court requests that the parties provide the following information by 2:00 p.m. on December 20, 2011:

(1) the total amount of legal fees AIG has incurred in connection with the above-captioned litigation;

(2) the total number of law firms representing Liberty Mutual, the Objectors, and

        AIG;

(3)     the total number of attorneys from each of those firms who billed time in connection with this litigation; and

(4)     the resolution adopted by the NWCRP Board of Governors directing the NCCI to use NWCRP funds to pay Goldberg Kohn Ltd. for the legal fees and costs incurred by Settlement Class Plaintiffs.

**ENTER:**     **December 19, 2011**

_____
    **Robert W. Gettleman**
    **United States District Judge**