# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

Safeco Insurance Company of America, et al.

                            Plaintiff,

v.                                    Case No.: 1:09−cv−02026
                                           Honorable Robert W. Gettleman

American International Group, Inc., et al.

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 21, 2011:

      MINUTE entry before Honorable Robert W. Gettleman: Motion hearing held on 1/21/2011. The court grants final approval of settlement, but stays that ruling pending a forthcoming opinion. The court grants settlement class plaintiffs' first, second and third interim fee petitions. The court grants Settlement Class plaintiffs' petition for incentive fee awards and awards $235,000 to each of the seven Settlement Class Plaintiffs, for a total of $175,000. Liberty Mutual's fee petition is granted in part. Safeco and Ohio's fee petition is granted in part. AIG is directed to file in camera information by 1/6/2012. Mailed notice (gds, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.