IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| AMERICAN INTERNATIONAL GROUP, INC., ET AL., | ) ) ) | |
| Plaintiffs, | ) ) | No. 07 C 2898 |
| v. | ) ) | Judge Robert W. Gettleman |
| ACE INA HOLDINGS, INC., ET AL., | ) ) | |
| Defendants. | ) ) | |
| | ) | |
| SAFECO INSURANCE COMPANY OF AMERICA, et al., individually and on behalf of a class consisting of members of the National Workers Compensation Reinsurance Pool, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | No. 09 C 2026 |
| v. | ) ) | Judge Robert W. Gettleman |
| AMERICAN INTERNATIONAL GROUP, INC., ET AL., | ) ) ) | |
| Defendants. | ) | |

**ORDER**

This matter came before the court on the following motions and the objections thereto: Settlement Class Plaintiffs' and AIG's joint motion for approval of class action settlement [Dkt. 521], Settlement Class Plaintiffs' first, second, and third interim petitions for attorneys' fees and costs [Dkts. 453, 561, and 578] and petition for incentive fee awards [Dkt. 456]; Safeco Insurance Company of America and Ohio Casualty Insurance Company's motion for

reimbursement of attorneys' fees, costs and expenses [Dkt. 451]; and Liberty Mutual's[1] motion for reimbursement of fees and costs [Dkt. 468]. As stated at the hearing on December 21, 2011, the court will issue a comprehensive memorandum opinion and order addressing these matters. At this time, the court issues the following orders:

1. Finding that the settlement is fair, reasonable, and adequate, the court grants final approval of the settlement, but stays that ruling pending the forthcoming opinion.

2. The court grants Settlement Class Plaintiffs' first, second, and third interim fee petitions [Dkts. 453, 561, and 521] in the total amount of $2,857,449.20.

3. The court grants Settlement Class Plantiffs' petition for incentive fee awards [Dkt. 456] and awards $25,000 to each of the seven Settlement Class Plaintiffs, for a total of $175,000.

4. Liberty Mutual's fee petition [Dkt. 468] is granted in part, in an amount to be based on attorneys' fees and costs Liberty Mutual incurred to "create, discover, increase, or preserve" the common fund, up to, but not including, May 8, 2010. In re Diet Drugs, 582 F.3d 524, 540 (3d Cir. 2009). Liberty Mutual is directed to provide the court with a calculation of such fees and costs, along with corresponding billing statements, on or before January 6, 2012.

5. Safeco and Ohio's fee petition [Dkt. 451] is granted in part, in an amount to be determined in the forthcoming opinion.

---

[1] "Liberty Mutual" refers to, collectively, Liberty Mutual Insurance Company, Liberty Mutual Fire Insurance Company, Liberty Insurance Corporation, The First Liberty Insurance Corporation, Employers Insurance Company of Wausau, Wausau Business Insurance Company, Wausau General Insurance Company, and Wausau Underwriters Insurance Company.

6.	On or before January 6, 2012, AIG is directed to file in camera the information requested in the court's December 19, 2011, order [Dkt. 583].

**ENTER:	December 21, 2011**

_____
**Robert W. Gettleman
United States District Judge**