# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| AMERICAN INTERNATIONAL GROUP, INC., et al., | Case No. 07 CV 2898 |
| Plaintiffs, | Judge Robert W. Gettleman |
| v. | Magistrate Judge Sidney I. Schenkier |
| ACE INA HOLDINGS, INC., et al., | |
| Defendants. | |
| LIBERTY MUTUAL INSURANCE COMPANY, et al., | |
| Counter-Claimants, | |
| v. | |
| AMERICAN INTERNATIONAL GROUP, INC., et al., | |
| Counter-Defendants. | |
| SAFECO INSURANCE COMPANY OF AMERICA, et al., | Case No. 09 CV 2026 |
| | Judge Robert W. Gettleman |
| Plaintiffs, | Magistrate Judge Sidney I. Schenkier |
| v. | |
| AMERICAN INTERNATIONAL GROUP, INC., et al., | |
| Defendants. | |

## **NOTICE OF IN CAMERA SUBMISSION**

TO:  All Parties of Record (ECF Filing)

PLEASE TAKE NOTICE that on January 3, 2012, AIG submitted to the Court in camera the information requested in the Court's December 19, 2011 Order (Dkt. No. 583). AIG submitted this information pursuant to the Court's December 21, 2011 Order (Dkt. No. 589).

                AMERICAN INTERNATIONAL GROUP, INC., et al.,

                By:    /s/ Stephen Novack
                         One of Their Attorneys

Stephen Novack
P. Andrew Fleming
Andrew D. Campbell
Rebekah H. Parker
NOVACK AND MACEY LLP
100 North Riverside Plaza
Chicago, IL 60606
(312) 419-6900
#447689

Michael B. Carlinsky
Kevin S. Reed
Jennifer J. Barrett
QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
51 Madison Avenue
22nd Floor
New York, NY 10010
(212) 849-7000

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that he served a copy of the foregoing **Notice of In Camera Submission** by causing copies to be sent by U.S. District Court CM/ECF e-filing system on the 3rd day of January, 2012.

By: /s/ Stephen Novack