**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| AMERICAN INTERNATIONAL GROUP, INC., *et al.*, | Case No. 07 CV 2898 |
| Plaintiffs, | District Judge Robert W. Gettleman |
| vs. | Magistrate Judge Sidney I. Schenkier |
| ACE INA HOLDINGS, INC., *et al.*, | |
| Defendants. | |
| SAFECO INSURANCE COMPANY OF AMERICA, *et al.*, individually and on behalf Of a class consisting of members of the National Workers Compensation Reinsurance Pool, | Case No. 09 CV 2026 District Judge Robert W. Gettleman |
| Plaintiffs, | Magistrate Judge Sidney I. Schenkier |
| vs. | |
| AMERICAN INTERNATIONAL GROUP, INC., *et al.*, | |
| Defendants. | |

**LIBERTY MUTUAL'S RESPONSE TO**
**THE COURT'S DECEMBER 21, 2011 ORDER**

Liberty Mutual[1] hereby responds to the Court's order of December 21, 2011.

---

[1] "Liberty Mutual" refers to Liberty Mutual Insurance Company, Liberty Mutual Fire Insurance Company, Liberty Insurance Corporation, The First Liberty Insurance Corporation, Employers Insurance Company of Wausau, Wausau Business Insurance Company, Wausau General Insurance Company and Wausau Underwriters Insurance Company.

2

1.      The Court's December 21, 2011 Order granted Liberty Mutual's fees and costs Liberty Mutual incurred to "create, discover, increase, or preserve" the common fund, up to, but not including, May 8, 2010. Dckt 589, *quoting In re Diet Drugs*, 582 F.3d 524, 540 (3d Cir. 2009).

2.      Liberty Mutual was further directed to provide the court with a calculation of such fees and costs, along with corresponding billing statements, on or before January 6, 2012.

3.      The calculation and supporting billing statements of Liberty Mutual's fees and costs incurred which satisfy the Court's order are hereby attached and described in the attached Supplemental Declaration of James A. Morsch, and the exhibits attached thereto.[2] Liberty Mutual's attorneys fees and costs for the period in question total $2,001,662.08.

---

[2] Liberty Mutual hereby provides the Court its fees and costs incurred before May 8, 2010, as ordered by the Court. Liberty Mutual is not seeking reimbursement for any fees or costs other than those sought in its original Fee Petition.

Date: January 6, 2012

        Respectfully submitted,

        LIBERTY MUTUAL INSURANCE COMPANY, LIBERTY MUTUAL FIRE INSURANCE COMPANY, LIBERTY INSURANCE CORPORATION, THE FIRST LIBERTY INSURANCE CORPORATION, EMPLOYERS INSURANCE COMPANY OF WAUSAU, WAUSAU BUSINESS INSURANCE COMPANY, WAUSAU GENERAL INSURANCE COMPANY AND WAUSAU UNDERWRITERS INSURANCE COMPANY

        By: /s/ James A. Morsch

        James I. Rubin
        James A. Morsch
        Jason S. Dubner
        Mark A. Schwartz
        Butler Rubin Saltarelli & Boyd LLP
        70 West Madison Street, Suite 1800
        Chicago, Illinois 60602
        Chicago, Illinois 60602
        (312) 444-9660
        jrubin@butlerrubin.com
        jmorsch@butlerrubin.com
        jdubner@butlerrubin.com
        mschwartz@butlerrubin.com

4

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that a copy of the foregoing **LIBERTY MUTUAL'S RESPONSE TO THE COURT'S DECEMBER 21, 2011 ORDER** was served upon all counsel of record in this action via the U.S. District Court CM/ECF e-filing system on January 6, 2012.

/s/ James A. Morsch
James A. Morsch