# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA and OHIO CASUALTY INSURANCE COMPANY, individually, and on Behalf of a Class consisting of members of the National Workers Compensation Reinsurance Pool, ) ) ) ) ) ) ) | |
| Plaintiffs, ) ) | Case No. 09 CV 2026 |
| v. ) ) | Judge Robert W. Gettleman |
| AMERICAN INTERNATIONAL GROUP, INC., et al., ) ) ) | |
| Defendants. ) ) | |

## NOTICE OF APPEAL

Notice is hereby given that class members Liberty Mutual Insurance Company, Liberty Mutual Fire Insurance Company, Liberty Insurance Corporation, The First Liberty Insurance Corporation, Employers Insurance Company of Wausau, Wausau Business Insurance Company, Wausau General Insurance Company and Wausau Underwriters Insurance Company (collectively, "Liberty Mutual"), hereby appeal to the United States Court of Appeals for the Seventh Circuit from the order entered in this action on December 21, 2011 (Dkt. No. 589).


Dated: January 19, 2012                                                    s/ James A. Morsch


James I. Rubin (ARDC# 2413191)
James A. Morsch (ARDC# 6209558)
Mark A. Schwartz (ARDC# 6270580)
BUTLER RUBIN SALTARELLI & BOYD LLP
70 West Madison, Suite 1800
Chicago, Illinois 60602
(312) 444-9660

*Counsel for Liberty Mutual*

**CERTIFICATE OF SERVICE**

      The undersigned, an attorney, certifies that he served a copy of the foregoing Notice of Appeal by causing copies thereof to be sent by U.S. District Court CM/ECF e-filing system on the 19th day of January, 2012.

      Respectfully submitted,

      <u>s/ James A. Morsch</u>
One of the Attorneys for Liberty Mutual Insurance Company, Liberty Mutual Fire Insurance Company, Liberty Insurance Corporation, The First Liberty Insurance Corporation, Employers Insurance Company of Wausau, Wausau Business Insurance Company, Wausau General Insurance Company and Wausau Underwriters Insurance Company

James I. Rubin (ARDC# 2413191)
James A. Morsch (ARDC# 6209558)
Mark A. Schwartz (ARDC# 6270580)
BUTLER RUBIN SALTARELLI & BOYD LLP
70 West Madison, Suite 1800
Chicago, Illinois 60602
(312) 444-9660