# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA and OHIO CASUALTY INSURANCE COMPANY, individually, and on Behalf of a Class consisting of members of the National Workers Compensation Reinsurance Pool, Plaintiffs, <br><br> v. <br><br> AMERICAN INTERNATIONAL GROUP, INC., et al., <br> Defendants. | Case No. 09 CV 2026 <br><br> Judge Robert W. Gettleman <br><br> Magistrate Judge Sidney I. Schenkier |

## NOTICE OF APPEAL

Notice is hereby given that plaintiffs Safeco Insurance Company of America and Ohio Casualty Insurance Company hereby appeal to the United States Court of Appeals for the Seventh Circuit from the final judgment entered in this action on December 21, 2011, to the extent that the district court's order of that date [Dkt. #: 589] constitutes a final judgment within the meaning of Fed. Rule Civ. Pro. 54.

Dated: January 19, 2012   /s/ Michael A. Walsh
　　　　　　　　　　　　　Michael A. Walsh
Gary M. Elden　　　　　　 NUTTER, McCLENNEN & FISH, LLP
Matthew O. Sitzer　　　　　155 Seaport Boulevard
GRIPPO & ELDEN, LLC　　　 Boston, MA 02110
111 South Wacker Drive　　 (617) 439-2775
Chicago, Illinois 60606
(312) 704-7700

2058564.1