**Nutter**

Christopher H. Lindstrom
Direct Line: 617-439-2698
Fax: 617-310-9698
E-mail: clindstrom@nutter.com

January 25, 2012

FILED BY ECF
Ms. Pam Geringer
Operations Supervisor
United States District Court for the
  Northern District of Illinois (Eastern Division)
219 South Dearborn St.
Chicago, IL 60604

  Re: Safeco Insurance Company of America, et al. v. American International Group, Inc., *et al.*, Case No. 09 C 2026 (N.D. Ill.)

Dear Ms. Geringer:

  On January 19, 2012, plaintiffs Safeco Insurance Company of America and Ohio Casualty Insurance Company filed a Notice of Appeal in the above-referenced action. In connection with that Notice of Appeal, the filing fee of $455.00 was paid twice. Please refund the duplicate filing fee of $455.00, which can be found at Receipt No. 0752-6755520. Receipt No. 0752-6755626 relates to the $455.00 properly paid in connection with the Notice of Appeal, and that payment should not be refunded.

  Should you have any questions, please do not hesitate to contact me.

            Sincerely,

            Christopher H. Lindstrom

2078297.1