# United States Court of Appeals
### For the Seventh Circuit
### Chicago, Illinois 60604

January 26, 2012

**By the Court:**

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA, et al., <br>     Plaintiffs, <br><br>No. 12-1157              v. <br><br>AMERICAN INTERNATIONAL GROUP, INC., et al., <br>     Defendants-Appellees, <br><br>APPEAL OF: <br>    LIBERTY MUTUAL INSURANCE <br>    COMPANY, et al., <br>        Intervenors. | ] Appeal from the United <br> ] States District Court for <br> ] the Northern District of <br> ] Illinois, Eastern Division. <br> ] <br> ] No. 1:09-cv-02026 <br> ] <br> ] Robert W. Gettleman, <br> ]      Judge. |

O R D E R

    Circuit Rule 3(c)(1), referencing Circuit Rule 28(a)(1), requires an appellant to file a docketing statement which provides information concerning the district court's jurisdiction.  If jurisdiction depends on diversity, the statement must identify the jurisdictional amount and the citizenship of each party to the litigation.  If any party is a corporation, the rule specifically requires the appellant to identify both the state of incorporation and the state in which the corporation has its principal place of business.  And if any party is an unincorporated association or partnership, the statement must identify the citizenship of all members.

    In the present case, plaintiffs rely on diversity of citizenship for federal jurisdiction.  However, appellants' Circuit Rule 3(c) docketing statement fails to identify the state of citizenship of at least one member of the plaintiff class that is different from the state of citizenship of at least one defendant; in other words, appellants must identify by name of the states.  Appellants must provide this citizenship information.  Accordingly,

    IT IS ORDERED that appellants file a complete statement of jurisdiction that includes the omitted information.  The statement is due on or before February 2, 2012.