# SEVENTH CIRCUIT TRANSCRIPT INFORMATION SHEET

**PART I** – Must be completed by party or party's attorney pursuant to Rule 10(b) of the Federal Rules of Appellate Procedure and Rule 11(a) of the Circuit Rules. The appellant must file this form with the court reporter within 14 days of filing the notice of appeal, whether transcript is being ordered or not. (FRAP 10(b)(1)) Satisfactory arrangements with the court reporter for payment of the costs of the transcripts must also be made at that time. (FRAP 10(b)(4)) (Note: Appellees as well as appellants are expected to use this form when ordering transcripts.)

| Short Title | District | D.C. Docket No. |
|---|---|---|
| Safeco Insurance Company of America, Inc. v. American International Group, Inc. | N.D. Illinois | 09-2026 |
| | District Judge<br>Robert W. Gettleman | Court Reporter<br>Jennifer Costales |

☐ I am ordering transcript.
☑ I am not ordering transcript because:
☑ The transcript has been prepared.

Sign below and return original and one copy to court reporter. Distribute remaining copies to the Clerk of the District Court and opposing party, retaining one copy for yourself.

Indicate proceedings for which transcript is required. Dates must be provided:   Date(s)

☐ Pretrial proceedings. Specify: _____   _____

☐ Voir Dire   _____

Trial or Hearing. Specify: _____

☐ Opening statement   _____

☐ Instruction conference   _____

☐ Closing statements   _____

☐ Court instructions   _____

☐ Post-trial proceedings. Specify: _____   _____

☐ Sentencing   _____

☐ Other proceedings. Specify: _____   _____

| Method of Payment: | ☐ Cash | ☐ Check or Money Order | ☐ C.J.A. Voucher |
|---|---|---|---|
| Status of Payment: | ☐ Full Payment | ☐ Partial Payment | ☐ No Payment Yet |

Signature: s/ James A. Morsch   Telephone No. 312-696-4457
Address: Butler Rubin Saltarelli & Boyd
70 W. Madison Street, Ste 1800, Chicago, IL 60602   Date: February 2, 2012

**PART II** – Must be completed by Court Reporter pursuant to Rule 11(b) of the Federal Rules of Appellate Procedure. By signing this Part II, the Court Reporter certifies that *satisfactory arrangements for payment have been made*.

| U.S.C.A. Docket No. | Date Order Received | Estimated Completion Date | Estimated Length |
|---|---|---|---|
| | | | |

Signature of Court Reporter: s/ _____   Date: _____

NOTICE: The Judicial Conference of the United States, by its resolution of March 11, 1982, has provided that a penalty of 10 percent must apply, unless a waiver is granted by the Court of Appeals' Clerk, when a "transcript of a case on appeal is not delivered within 30 days of the date ordered and payment received therefor." The penalty is 20 percent for transcript not delivered within 60 days.

Original to Court Reporter. Copies to: ● U.S.C.A. Clerk ● Service Copy ● District Court Clerk and to ● Party / Counsel Ordering Transcript.

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that he served a copy of the foregoing Liberty Mutual's Transcript Information Sheet of Appellants Liberty Mutual Insurance Company, Liberty Mutual Fire Insurance Company, Liberty Insurance Corporation, The First Liberty Insurance Corporation, Employers Insurance Company of Wausau, Wausau Business Insurance Company, Wausau General Insurance Company and Wausau Underwriters Insurance Company by causing copies thereof to be sent by U.S. Court of Appeals CM/ECF e-filing system and by email on February 2, 2012.


Respectfully submitted,


\_\_\_s/James A. Morsch_____
James A. Morsch (ARDC# 6209558)
(Counsel of Record)
James I. Rubin (ARDC# 2413191)
Mark A. Schwartz (ARDC#6270580)
Butler Rubin Saltarelli & Boyd LLP
70 West Madison, Suite 1800
Chicago, Illinois 60602
Telephone: (312) 444-9660

*Counsel for Appellants Liberty Mutual Insurance Company, Liberty Mutual Fire Insurance Company, Liberty Insurance Corporation, The First Liberty Insurance Corporation, Employers Insurance Company of Wausau, Wausau Business Insurance Company, Wausau General Insurance Company and Wausau Underwriters Insurance Company*