# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

|  |  |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA and OHIO CASUALTY INSURANCE COMPANY, individually, and on Behalf of a Class consisting of members of the National Workers Compensation Reinsurance Pool, <br> Plaintiffs, <br><br> v. <br><br> AMERICAN INTERNATIONAL GROUP, INC., et al., <br> Defendants. | Case No. 09 CV 2026 <br><br> Judge Robert W. Gettleman <br><br> Magistrate Judge Sidney I. Schenkier |

## NOTICE OF APPEAL

Pursuant to Fed. R. App. Pro. 4, plaintiffs Safeco Insurance Company of America and Ohio Casualty Insurance Company hereby give notice of their appeal to the United States Court of Appeals for the Seventh Circuit from the final judgment entered in this action on February 29, 2012.

Dated: March 27, 2012

Gary M. Elden
Matthew O. Sitzer
GRIPPO & ELDEN, LLC
111 South Wacker Drive
Chicago, Illinois 60606
(312) 704-7700

/s/ Michael A. Walsh
Michael A. Walsh
NUTTER, McCLENNEN & FISH, LLP
155 Seaport Boulevard
Boston, MA 02110
(617) 439-2775

2094475.1