# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

|  |  |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA and OHIO CASUALTY INSURANCE COMPANY, individually, and on Behalf of a Class consisting of members of the National Workers Compensation Reinsurance Pool, ) ) ) ) ) ) ) |  |
| Plaintiffs, ) | Case No. 09 CV 2026 |
| v. ) | Judge Robert W. Gettleman |
| AMERICAN INTERNATIONAL GROUP, INC., et al., ) ) ) |  |
| Defendants. ) |  |

## NOTICE OF APPEAL

Notice is hereby given that class members Liberty Mutual Insurance Company, Liberty Mutual Fire Insurance Company, Liberty Insurance Corporation, The First Liberty Insurance Corporation, Employers Insurance Company of Wausau, Wausau Business Insurance Company, Wausau General Insurance Company and Wausau Underwriters Insurance Company, hereby appeal to the United States Court of Appeals for the Seventh Circuit from the final judgment entered in this action on February 29, 2012.

| | |
|---|---|
| Dated: March 27, 2012 | s/ James A. Morsch |
| | *Counsel for Liberty Mutual Insurance Company, Liberty Mutual Fire Insurance Company, Liberty Insurance Corporation, The First Liberty Insurance Corporation, Employers Insurance Company of Wausau, Wausau Business Insurance Company, Wausau General Insurance Company and Wausau Underwriters Insurance Company* |

James A. Morsch (ARDC# 6209558)
James I. Rubin (ARDC# 2413191)
Mark A. Schwartz (ARDC# 6270580)
BUTLER RUBIN SALTARELLI & BOYD LLP
70 West Madison, Suite 1800
Chicago, Illinois 60602
(312) 444-9660

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that he served a copy of the foregoing Notice of Appeal by causing copies thereof to be sent by U.S. District Court CM/ECF e-filing system on the 27th day of March, 2012.

Respectfully submitted,

   s/ James A. Morsch
*One of the Attorneys for Liberty Mutual Insurance Company, Liberty Mutual Fire Insurance Company, Liberty Insurance Corporation, The First Liberty Insurance Corporation, Employers Insurance Company of Wausau, Wausau Business Insurance Company, Wausau General Insurance Company and Wausau Underwriters Insurance Company*

James I. Rubin (ARDC# 2413191)
James A. Morsch (ARDC# 6209558)
Mark A. Schwartz (ARDC# 6270580)
BUTLER RUBIN SALTARELLI & BOYD LLP
70 West Madison, Suite 1800
Chicago, Illinois 60602
(312) 444-9660

490625